B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Midwest Direct Mailers, L.L.C.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**56-2261818** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**747 E. Boughton Road, Suite 319**<br>**Bolingbrook, IL**<br><div align="right">ZIP Code **60440**</div> | Street Address of Joint Debtor (No. and Street, City, and State):<br><div align="right">ZIP Code</div> |
| County of Residence or of the Principal Place of Business:<br>**DuPage** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><div align="right">ZIP Code</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align="right">ZIP Code</div> |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization) (Check one box)<br>☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | **Nature of Business**<br>(Check one box)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box)<br>■ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
|---|---|---|

| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." ■ Debts are primarily business debts. |
|---|---|---|

| **Filing Fee** (Check one box)<br>■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| **Statistical/Administrative Information** | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13)                                                                                                    Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Midwest Direct Mailers, L.L.C.** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:   **NDIL** | Case Number:<br>**11-48614** | Date Filed:<br>**12/01/11** |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>- None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)            (Date) |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
#### (Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
#### (Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**
**Midwest Direct Mailers, L.L.C.**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** **/s/ Richard N. Golding** _____
Signature of Attorney for Debtor(s)

**Richard N. Golding 0992100**
Printed Name of Attorney for Debtor(s)

**The Golding Law Offices, P.C.**
Firm Name

**500 North Dearborn Street**
**Second Floor**
**Chicago, IL 60610-4900**
Address

**Email: RGOLDING@GOLDINGLAW.NET**
**(312) 832-7885  Fax: (312) 755-5720**
Telephone Number

**May  8, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Richard M. Carosella for RMC Management Co.**
Signature of Authorized Individual

**Richard M. Carosella for RMC Management Co.**
Printed Name of Authorized Individual

**President of RMC Management Co., managing member**
Title of Authorized Individual

**May  8, 2015**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrtpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____
_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Midwest Direct Mailers, L.L.C.**              ,

                                      Debtor

Case No. _____

Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 0.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 1,329,183.80 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 46 | | 367,866.75 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 26 | | 1,729,821.97 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 79 | | | |
| Total Assets | | | 0.00 | | |
| Total Liabilities | | | | 3,426,872.52 | |

B 6 Summary (Official Form 6 - Summary) (12/14)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Midwest Direct Mailers, L.L.C.**                ,    Case No. _____

Debtor

Chapter _____ **7** _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re    **Midwest Direct Mailers, L.L.C.**
_____,    Case No. _____
                                   Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | | |
|---|---|---|---|---|
| | | Sub-Total > | **0.00** | (Total of this page) |
| | | Total > | **0.00** | |

  **0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

.

In re    **Midwest Direct Mailers, L.L.C.**                                    ,    Case No. _____
                                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >                   **0.00**
(Total of this page)

  **2**    continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re     **Midwest Direct Mailers, L.L.C.**                                    ,     Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >                **0.00**
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Midwest Direct Mailers, L.L.C.**                                    ,        Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >        0.00
(Total of this page)
Total >        0.00

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re   **Midwest Direct Mailers, L.L.C.**                              ,      Case No. _____
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Internal Revenue Service<br>District Director<br>230 S. Dearborn Street<br>Chicago, IL 60651** | | - | payroll tax lien<br><br>blanket lien on all assets<br><br><br>Value $   **Unknown** | | | | 1,241,183.80 | **Unknown** |
| Account No. **xxxxxxxxx & xxxxx4001**<br><br>**Old National Bank<br>21 SE 3rd St.<br>Evansville, IN 47708** | X | - | equipment loan<br><br><br>Value $   **Unknown** | | | | 88,000.00 | **Unknown** |
| Account No.<br><br> | | | <br><br>Value $ | | | | | |
| Account No.<br><br> | | | <br><br>Value $ | | | | | |

__0__ continuation sheets attached

|  | Subtotal<br>(Total of this page) | 1,329,183.80 | 0.00 |
|---|---|---|---|
|  | Total<br>(Report on Summary of Schedules) | 1,329,183.80 | 0.00 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6E (Official Form 6E) (4/13)

.

In re   **Midwest Direct Mailers, L.L.C.**                                                              ,   Case No. _____
                                                                Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

<u>45</u>   continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re **Midwest Direct Mailers, L.L.C.** ,                Case No. _____
Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | | |
| Account No. **Aaron Cisneros** 1612 S 50th Ave Cicero, IL 60804 | | - | | wages | | | | 287.69 | 0.00 | 287.69 |
| Account No. **Abraham Robledo** 3901 W 84th Place Chicago, IL 60652 | | - | | wages | | | | 601.99 | 0.00 | 601.99 |
| Account No. **Adrian Juarez** 2206 S 50th Ave 3rd Flr□□ Cicero, IL 60804 | | - | | wages | | | | 610.02 | 0.00 | 610.02 |
| Account No. **Adriana Diaz** 3426 W 61st Place□□ Chicago, IL 60629 | | - | | wages | | | | 425.81 | 0.00 | 425.81 |
| Account No. **Adriana Hernandez** 5801 S Washtenaw 1 Chicago, IL 60629 | | - | | wages | | | | 220.50 | 0.00 | 220.50 |

Sheet **1** of **45** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page) | 2,146.01 | 0.00 | 2,146.01

B6E (Official Form 6E) (4/13) - Cont.

In re    **Midwest Direct Mailers, L.L.C.**                                              Case No. _____

                                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | wages | | | | | |
| **Alberto Serna**<br>**3535 W 61th Place**<br>**Chicago, IL 60629** | - | | | | | | | 0.00 |
| | | | | | | | 296.00 | 296.00 |
| Account No. | | | wages | | | | | |
| **Alejandro Hernandez**<br>**6356 S Lavergne**<br>**Chicago, IL 60638** | - | | | | | | | 0.00 |
| | | | | | | | 384.00 | 384.00 |
| Account No. | | | wages | | | | | |
| **Alejandro Lozano**<br>**4839 S Wolcott**<br>**Chicago, IL 60609** | - | | | | | | | 0.00 |
| | | | | | | | 728.14 | 728.14 |
| Account No. | | | wages | | | | | |
| **Alejandro Palato**<br>**2142 W 22nd Place**<br>**Chicago, IL 60608** | - | | | | | | | 0.00 |
| | | | | | | | 288.00 | 288.00 |
| Account No. | | | wages | | | | | |
| **Alfredo Melendez**<br>**4335 S Wolcott Ave**<br>**Chicago, IL 60609** | - | | | | | | | 0.00 |
| | | | | | | | 735.00 | 735.00 |

Sheet __2___ of __45___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | |
| 2,431.14 | 2,431.14 |

B6E (Official Form 6E) (4/13) - Cont.

In re   **Midwest Direct Mailers, L.L.C.**                                    ,   Case No. _____
                                        Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | wages | | | | | |
| **Alicia Duran** **3804 W 76th Place** **Chicago, IL 60625** | | - | | | | | 836.18 | 0.00 / 836.18 |
| Account No. | | | wages | | | | | |
| **Alicia Tokarski** **11029 S Parkside Ave** **New Lenox, IL 60451** | | - | | | | | 533.42 | 0.00 / 533.42 |
| Account No. | | | wages | | | | | |
| **Alicia Zagal** **2813 Central Park** **Chicago, IL 60623** | | - | | | | | 446.85 | 0.00 / 446.85 |
| Account No. | | | wages | | | | | |
| **Alma Hernandez** **4038 W 57th Place** **Chicago, IL 60629** | | - | | | | | 1,499.89 | 0.00 / 1,499.89 |
| Account No. | | | wages | | | | | |
| **Alma Morena** **3058 S Trumbull** **Chicago, IL 60623** | | - | | | | | 703.90 | 0.00 / 703.90 |

Sheet  **3**  of  **45**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal                    0.00
(Total of this page)        4,020.24    4,020.24

B6E (Official Form 6E) (4/13) - Cont.

In re    **Midwest Direct Mailers, L.L.C.**                                         Case No. _____
_____,
Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | | |
| Account No. | | | | wages | | | | | | |
| Ana Alvarez 1638 S 50th Ave Cicero, IL 60804 | | - | | | | | | 198.00 | 0.00 | 198.00 |
| Account No. | | | | wages | | | | | | |
| Ana Cervantes 1305 S 58th Ave Cicero, IL 60804 | | - | | | | | | 292.00 | 0.00 | 292.00 |
| Account No. | | | | wages | | | | | | |
| Ana Macias 4815 S Lockwood Chicago, IL 60638 | | - | | | | | | 198.00 | 0.00 | 198.00 |
| Account No. | | | | wages | | | | | | |
| Ana Medina 3748 W 77th Place Chicago, IL 60652 | | - | | | | | | 644.11 | 0.00 | 644.11 |
| Account No. | | | | wages | | | | | | |
| Ana Munoz 4753 S Tripp Chicago, IL 60632 | | - | | | | | | 448.68 | 0.00 | 448.68 |

Sheet  **4**  of  **45**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal            | 0.00
(Total of this page)  | 1,780.79 | 1,780.79

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

B6E (Official Form 6E) (4/13) - Cont.

In re  **Midwest Direct Mailers, L.L.C.** ,  Case No. _____
                                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | | | wages | | | | | |
| Ana Villalva 2728 S Pulaski Unit 1 Chicago, IL 60623 | - | | | | | | | | 0.00 |
| | | | | | | | | 554.78 | 554.78 |
| Account No. | | | | wages | | | | | |
| Anelia Velasquez 4235 S Mozart Apt 1 Chicago, IL 60632 | - | | | | | | | | 0.00 |
| | | | | | | | | 680.34 | 680.34 |
| Account No. | | | | wages | | | | | |
| Angelica Estrada 7616 W 62nd St Apt 2F☐☐ Summit Argo, IL 60501 | - | | | | | | | | 0.00 |
| | | | | | | | | 315.00 | 315.00 |
| Account No. | | | | wages | | | | | |
| Angelica Roman 2227 S Spaulding Chicago, IL 60623 | - | | | | | | | 806.26 | |
| | | | | | | | | 888.76 | 82.50 |
| Account No. | | | | wages | | | | | |
| Angelica Torres 3439 W 53rd St Chicago, IL 60632 | - | | | | | | | | 0.00 |
| | | | | | | | | 819.97 | 819.97 |

Sheet ___5___ of ___45___ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 806.26 | |
| (Total of this page) | 3,258.85 | 2,452.59 |

B6E (Official Form 6E) (4/13) - Cont.

In re **Midwest Direct Mailers, L.L.C.**                                    Case No. _____
                                                   Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | | | wages | | | | | |
| **Anita Garcia** **3039 S Harding 2nd Floor** **Chicago, IL 60623** | - | | | | | | X | | 0.00 |
| | | | | | | | | 417.87 | 417.87 |
| Account No. | | | | wages | | | | | |
| **Annie Hopkins** **6617 S Ingelside Ave Apt 1N 2nd Flr** **Chicago, IL 60637** | - | | | | | | | | 0.00 |
| | | | | | | | | 334.40 | 334.40 |
| Account No. | | | | wages | | | | | |
| **Antonia Estrada** **3301 W 66th Place** **Chicago, IL 60629** | - | | | | | | | | 0.00 |
| | | | | | | | | 400.00 | 400.00 |
| Account No. | | | | wages | | | | | |
| **Antonia Rodriguez** **5541 S Homan** **Chicago, IL 60629** | - | | | | | | | | 0.00 |
| | | | | | | | | 556.52 | 556.52 |
| Account No. | | | | wages | | | | | |
| **Antonio Crespo** **3823 S Campbell 2nd Floor**☐☐ **Chicago, IL 60608** | - | | | | | | | | 0.00 |
| | | | | | | | | 132.00 | 132.00 |

Sheet _6___ of _45__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 0.00 | |
|---|---|---|---|
| | (Total of this page) | 1,840.79 | 1,840.79 |

B6E (Official Form 6E) (4/13) - Cont.

In re   **Midwest Direct Mailers, L.L.C.**      ,     Case No. _____

                           Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | | |
| Account No.<br><br>**Antonio Salgado**<br>**2644 S Sacramento**<br>**Chicago, IL 60623** | - | | | **wages** | | | | **865.20** | **0.00** | **865.20** |
| Account No.<br><br>**Antonio Vasquez**<br>**3724 W 70th Place**<br>**Chicago, IL 60629** | - | | | **wages** | | | | **602.00** | **0.00** | **602.00** |
| Account No.<br><br>**Antonio Zacarias**<br>**5029 W 30th Place**<br>**Cicero, IL 60804** | - | | | **wages** | | | | **740.00** | **0.00** | **740.00** |
| Account No.<br><br>**Armando Garcia**<br>**3039 S Harding 2nd Floor**<br>**Chicago, IL 60623** | - | | | **wages** | | | X | **384.00** | **96.00** | **288.00** |
| Account No.<br><br>**Arturo Morena**<br>**1400 S 48th Court**<br>**Cicero, IL 60804** | - | | | **wages** | | | | **670.32** | **0.00** | **670.32** |

Sheet **7** of **45** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | **96.00** |
|---|---|---|
| | (Total of this page) | **3,261.52**     **3,165.52** |

B6E (Official Form 6E) (4/13) - Cont.

In re  **Midwest Direct Mailers, L.L.C.**          Case No. _____

          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Ayde Montesdecoa**<br>**4447 S Sawyer**<br>**Chicago, IL 60632** | | - | wages | | | | 577.53 | 0.00<br><br>577.53 |
| Account No.<br><br>**Ayfer Yildiz**<br>**15715 S Sunset Ridge Unit 1S**<br>**Orland Park, IL 60462** | | - | wages | | | | 444.20 | 0.00<br><br>444.20 |
| Account No.<br><br>**Betsy Hernandez**<br>**4259 S Sacramento**<br>**Chicago, IL 60632** | | - | wages | | | | 312.00 | 0.00<br><br>312.00 |
| Account No.<br><br>**Briseira Perez**<br>**5835 W 55th St**<br>**Chicago, IL 60638** | | - | wages | | | | 818.41 | 0.00<br><br>818.41 |
| Account No.<br><br>**Caludia Ramirez**<br>**2521 S Kedzie Bsmt Apt**<br>**Chicago, IL 60623** | | - | wages | | | | 264.00 | 0.00<br><br>264.00 |

Sheet __8__ of __45__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page) | 0.00 |
| 2,416.14 | 2,416.14 |

B6E (Official Form 6E) (4/13) - Cont.

In re  **Midwest Direct Mailers, L.L.C.**                                                          ,     Case No. _____
                                                   Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | | wages | | | | | |
| Carla Perez 4209 S Albany Apt #2 Chicago, IL 60632 | | - | | | | | | 0.00 |
| | | | | | | | 364.39 | 364.39 |
| Account No. | | | wages | | | | | |
| Carlos Saenz 7723 S Knox Chicago, IL 60652 | | - | | | | | | 0.00 |
| | | | | | | | 416.00 | 416.00 |
| Account No. | | | wages | | | | | |
| Cecilia Martinez 3538 W 60th PL 1st Floor□□ Chicago, IL 60629 | | - | | | | | | 0.00 |
| | | | | | | | 540.80 | 540.80 |
| Account No. | | | wages | | | | | |
| Claudia Martinez 2934 W 36th Place□□ Chicago, IL 60632 | | - | | | | | | 0.00 |
| | | | | | | | 638.81 | 638.81 |
| Account No. | | | wages | | | | | |
| Claudia Ramirez 2521 S Kedzie Bsmt Apt Chicago, IL 60623 | | - | | | | | | 0.00 |
| | | | | | | | 609.94 | 609.94 |

Sheet  **9**   of  **45**   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 2,569.94 | 2,569.94 |

B6E (Official Form 6E) (4/13) - Cont.

In re   **Midwest Direct Mailers, L.L.C.**                              ,   Case No. _____
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Clemencio Perez** <br> **1393 Pebblebeach Dr** <br> **Hanover Park, IL 60133** | - | | wages | | | | <br> 1,000.00 | 0.00 <br><br> 1,000.00 |
| Account No. <br><br> **Daniel Grube** <br> **6213 W 86th Place** <br> **Burbank, IL 60459** | - | | wages | | | | <br> 400.00 | 0.00 <br><br> 400.00 |
| Account No. <br><br> **Darrel Carter** <br> **1300 W 81st St 1st Floor** <br> **Chicago, IL 60620** | - | | wages | | | | <br> 494.08 | 0.00 <br><br> 494.08 |
| Account No. <br><br> **Darren Wisinski** <br> **12325 Maple** <br> **Blue Island, IL 60406** | - | | wages | | | | <br> 572.47 | 0.00 <br><br> 572.47 |
| Account No. <br><br> **Dawn Frederick** <br> **29911 Trim Tree Lane** <br> **Beecher, IL 60401** | - | | wages | | | | <br> 923.08 | 0.00 <br><br> 923.08 |

Sheet __10__ of __45__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 0.00 |
|---|---|---|
| | (Total of this page) | 3,389.63 / 3,389.63 |

B6E (Official Form 6E) (4/13) - Cont.

In re   **Midwest Direct Mailers, L.L.C.**                                    ,        Case No. _____
                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Denise Gomez**<br>**3723 S Wood**<br>**Chicago, IL 60609** | | - | wages | | | | 477.89 | 0.00<br><br>477.89 |
| Account No.<br><br>**Deysi Chavez**<br>**3813 W 60th Place**<br>**Chicago, IL 60629** | | - | wages | | | | 156.75 | 0.00<br><br>156.75 |
| Account No.<br><br>**Dominga Flores**<br>**3501 W 72nd St**<br>**Chicago, IL 60629** | | - | wages | | | X | 324.95 | 0.00<br><br>324.95 |
| Account No.<br><br>**Donnell Thomas**<br>**14119 S Dearborn St**<br>**Riverdale, IL 60827** | | - | wages | | | | 384.00 | 0.00<br><br>384.00 |
| Account No.<br><br>**Edgar Gonzalez**<br>**3651 S Winchester Ave**<br>**Chicago, IL 60609** | | - | wages | | | | 288.00 | 0.00<br><br>288.00 |

Sheet __11__ of __45__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal | 0.00
(Total of this page) | 1,631.59 | 1,631.59

B6E (Official Form 6E) (4/13) - Cont.

In re **Midwest Direct Mailers, L.L.C.** , Case No. _____
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | wages | | | | | |
| Edith Salazar 4758 S Damen Chicago, IL 60609 | | - | | | | | | 353.25 | 0.00 / 353.25 |
| Account No. | | | | wages | | | | | |
| Eduardo Mata 3611 W 82nd St Chicago, IL 60652 | | - | | | | | | 349.25 | 0.00 / 349.25 |
| Account No. | | | | wages | | | | | |
| Eladio Perez 3235 W 61st Place Chicago, IL 60629 | | - | | | | | | 1,006.30 | 0.00 / 1,006.30 |
| Account No. | | | | wages | | | | | |
| Eliceldo Madera 7237 S Christiana Chicago, IL 60629 | | - | | | | | | 448.94 | 0.00 / 448.94 |
| Account No. | | | | wages | | | | | |
| Elizabeth Mendez 2612 S Ridgeway Chicago, IL 60623 | | - | | | | | | 198.00 | 0.00 / 198.00 |

Sheet __12__ of __45__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 0.00 | |
| | 2,355.74 | 2,355.74 |

B6E (Official Form 6E) (4/13) - Cont.

In re    **Midwest Direct Mailers, L.L.C.**                                    ,    Case No. _____
                                            Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | wages | | | | | |
| Elizabeth Sanchez 2240 S Drake Chicago, IL 60623 | | - | | | | | 300.50 | 0.00 / 300.50 |
| Account No. | | | wages | | | | | |
| Elsa Mejia 6106 S Sacramento Chicago, IL 60629 | | - | | | | | 39.87 | 0.00 / 39.87 |
| Account No. | | | wages | | | | | |
| Emma Castillo 2104 S 50th Ave Cicero, IL 60804 | | - | | | | | 294.88 | 0.00 / 294.88 |
| Account No. | | | wages | | | | | |
| Enedina Bailon 4436 S Rockwell Chicago, IL 60632 | | - | | | | | 441.38 | 0.00 / 441.38 |
| Account No. | | | wages | | | | | |
| Engracia Dominguez 5220 S California Chicago, IL 60632 | | - | | | | | 958.33 | 0.00 / 958.33 |

Sheet __13__ of __45__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 0.00 |
|---|---|---|
| | (Total of this page) | 2,034.96 / 2,034.96 |

B6E (Official Form 6E) (4/13) - Cont.

In re **Midwest Direct Mailers, L.L.C.** , Case No. _____

_____

Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | | | wages | | | | | |
| Erendira Contreras 6096 W 75th Ave Summit Argo, IL 60501 | - | | | | | | | 625.29 | 0.00 625.29 |
| Account No. | | | | wages | | | | | |
| Erika Deluna 8800 S Harlem Ave #1015 Bridgeview, IL 60455 | - | | | | | | | 379.82 | 0.00 379.82 |
| Account No. | | | | wages | | | | | |
| Erika Dominguez 6054 S 75th Ave Summit Argo, IL 60501 | - | | | | | | | 264.00 | 0.00 264.00 |
| Account No. | | | | wages | | | | | |
| Esteban Ramirez 2443 N Lowell Chicago, IL 60639 | - | | | | | | | 600.00 | 0.00 600.00 |
| Account No. | | | | wages | | | | | |
| Faustino Ayala 2509 S Lombard Cicero, IL 60804 | - | | | | | | | 304.00 | 0.00 304.00 |

Sheet __14__ of __45__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 2,173.11 | 2,173.11 |

B6E (Official Form 6E) (4/13) - Cont.

In re **Midwest Direct Mailers, L.L.C.** ,   Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Francisca Guiterrez**<br>**5325 S Hunt Ave**<br>**Summit Argo, IL 60501** | - | | wages | | | | 198.00 | 0.00<br><br>198.00 |
| Account No.<br><br>**Francisco Lopez**<br>**10006 S Avenue M**<br>**Chicago, IL 60617** | - | | wages | | | | 125.60 | 0.00<br><br>125.60 |
| Account No.<br><br>**Francisco Valdez**<br>**2255 N Parkside Ave**<br>**Chicago, IL 60639** | - | | wages | | | | 795.50 | 0.00<br><br>795.50 |
| Account No.<br><br>**Fred Phillips**<br>**7830 W 79th Place**<br>**Bridgeview, IL 60455** | - | | wages | | | | 762.10 | 0.00<br><br>762.10 |
| Account No.<br><br>**Gerardo Guillen**<br>**3840 W 69th Place**<br>**Chicago, IL 60629** | - | | wages | | | | 501.92 | 0.00<br><br>501.92 |

Sheet __15__ of __45__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

0.00

2,383.12   2,383.12

B6E (Official Form 6E) (4/13) - Cont.

In re    **Midwest Direct Mailers, L.L.C.**                                          ,    Case No. _____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | wages | | | | | | |
| Gilda Aldaba 4657 W 83rd St.☐☐ Chicago, IL 60652 | - | | | | | | 132.00 | 0.00 | 132.00 |
| Account No. | | | wages | | | | | | |
| Gloria Canongo 4639 S Albany Chicago, IL 60632 | - | | | | | | 132.00 | 0.00 | 132.00 |
| Account No. | | | wages | | | | | | |
| Gloria Guzman 7701 S Narragansett☐☐ Burbank, IL 60459 | - | | | | | | 302.75 | 0.00 | 302.75 |
| Account No. | | | wages | | | | | | |
| Graciela Sanchez 5032 S Maplewood Chicago, IL 60632 | - | | | | | | 303.38 | 0.00 | 303.38 |
| Account No. | | | wages | | | | | | |
| Guillermo Lopez 4758 S Damen Chicago, IL 60609 | - | | | | | | 561.25 | 0.00 | 561.25 |

Sheet **16** of **45** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | |
| 1,431.38 | 1,431.38 |

B6E (Official Form 6E) (4/13) - Cont.

In re    **Midwest Direct Mailers, L.L.C.**                                ,    Case No. _____
　　　　　　　　　　　　　　　　　Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.  Hector Montemayor  3611 W 82nd Place  Chicago, IL 60652 | | - | wages | | | | 297.00 | 0.00 / 297.00 |
| Account No.  Hector Rodriguez  9025 S Harlem  Bridgeview, IL 60455 | | - | wages | | | | 402.50 | 0.00 / 402.50 |
| Account No.  Heriberto Zepeda  6827 S Laflin  Chicago, IL 60636 | | - | wages | | | | 204.00 | 0.00 / 204.00 |
| Account No.  Imelda Saldivar  3113 39th Place  Chicago, IL 60632 | | - | wages | | | | 264.00 | 0.00 / 264.00 |
| Account No.  Isela Perez  4850 S Tripp Ave  Chicago, IL 60632 | | - | wages | | | | 339.28 | 0.00 / 339.28 |

Sheet __17__ of __45__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal: 0.00
(Total of this page): 1,506.78 / 1,506.78

B6E (Official Form 6E) (4/13) - Cont.

In re    **Midwest Direct Mailers, L.L.C.** ,                              Case No. _____

_____
                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Isela Sarmiento**<br>**5822 S Sawyer 2nd Floor**<br>**Chicago, IL 60629** | - | | wages | | | | 404.25 | 0.00 | 404.25 |
| Account No.<br><br>**Isidro Ayala**<br>**7528 W 61st St**<br>**Summit Argo, IL 60501** | - | | wages | | | | 567.64 | 0.00 | 567.64 |
| Account No. **xx-xx3579**<br><br>**Jason Robert Scalf**<br>**13215 Maverick Trail**<br>**Homer Glen, IL 60491** | - | | wages | | X | X | 19,107.50 | 6,632.50 | 12,475.00 |
| Account No.<br><br>**Jazmin Brito**<br>**1342 S Central Ave**<br>**Cicero, IL 60804** | - | | wages | | | | 558.28 | 0.00 | 558.28 |
| Account No.<br><br>**Jesus Alfaro**<br>**9140 S 51st Ave**<br>**Oak Lawn, IL 60453** | - | | wages | | | | 56.92 | 0.00 | 56.92 |

Sheet __18__ of __45__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | 6,632.50 |
| (Total of this page) | 20,694.59 | 14,062.09 |

B6E (Official Form 6E) (4/13) - Cont.

In re     **Midwest Direct Mailers, L.L.C.**                                                    Case No. _____

                                                   Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | wages | | | | | |
| **Jesus Chavez**<br>**3828 W 69th St**<br>**Chicago, IL 60629** | | - | | | | | | 0.00 |
| | | | | | | | 788.90 | 788.90 |
| Account No. | | | wages | | | | | |
| **Jesus Pinedo**<br>**3301 W 66th Place**<br>**Chicago, IL 60629** | | - | | | | | | 0.00 |
| | | | | | | | 816.00 | 816.00 |
| Account No. | | | wages | | | | | |
| **Jesus Rodriguez**<br>**3708 Clarence Ave**<br>**Berwyn, IL 60402** | | - | | | | | | 0.00 |
| | | | | | | | 640.00 | 640.00 |
| Account No. | | | wages | | | | | |
| **Jesus Zavaleta**<br>**7722 S Knox**<br>**Chicago, IL 60652** | | - | | | | | | 0.00 |
| | | | | | | | 435.00 | 435.00 |
| Account No. | | | wages | | | | | |
| **Joel Murillo**<br>**3724 W 70th Place**<br>**Chicago, IL 60629** | | - | | | | | | 0.00 |
| | | | | | | | 209.81 | 209.81 |

Sheet __19__ of __45__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 2,889.71 | 2,889.71 |

B6E (Official Form 6E) (4/13) - Cont.

In re **Midwest Direct Mailers, L.L.C.** _____,    Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | | |
| Account No. | | | | wages | | | | | |
| Jonathan Flores 5506 W 25th Place Cicero, IL 60804 | - | | | | | | | | 0.00 |
| | | | | | | | | 455.00 | 455.00 |
| Account No. | | | | wages | | | | | |
| Jose Carrasco 5623 S Kostner Ave Chicago, IL 60629 | - | | | | | | | | 0.00 |
| | | | | | | | | 548.38 | 548.38 |
| Account No. | | | | wages | | | | | |
| Jose Escobar 5532 S Talman Chicago, IL 60629 | - | | | | | | | | 0.00 |
| | | | | | | | | 301.40 | 301.40 |
| Account No. | | | | wages | | | | | |
| Jose Gatica 3518 S 53rd Court Cicero, IL 60804 | - | | | | | | | | 0.00 |
| | | | | | | | | 478.69 | 478.69 |
| Account No. | | | | wages | | | | | |
| Jose Gonzalez 6349 S Keating Chicago, IL 60638 | - | | | | | | | | 0.00 |
| | | | | | | | | 257.69 | 257.69 |

Sheet __20__ of __45__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

|  | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 2,041.16 | 2,041.16 |

B6E (Official Form 6E) (4/13) - Cont.

In re **Midwest Direct Mailers, L.L.C.** ,     Case No. _____
                       Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | wages | | | | | | |
| Jose Luis Carrillo 7846 S Melvina Ave Burbank, IL 60459 | | - | | | | | 423.00 | 0.00 | 423.00 |
| Account No. | | | wages | | | | | | |
| Jose Luis Gorostieta 2734 S Karlov Chicago, IL 60623 | | - | | | | | 467.76 | 0.00 | 467.76 |
| Account No. | | | wages | | | | | | |
| Jose Ortiz 5705 S Spaulding Chicago, IL 60629 | | - | | | | | 1,007.25 | 0.00 | 1,007.25 |
| Account No. | | | wages | | | | | | |
| Josefina Coronel 2538 W 45th St Chicago, IL 60632 | | - | | | | | 198.00 | 0.00 | 198.00 |
| Account No. | | | wages | | | | | | |
| Joseph Luczynski 8556 W 102nd Palos Hills, IL 60465 | | - | | | | | 352.00 | 0.00 | 352.00 |

Sheet __21__ of __45__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | 0.00 |
| (Total of this page) | 2,448.01 | 2,448.01 |

B6E (Official Form 6E) (4/13) - Cont.

In re    **Midwest Direct Mailers, L.L.C.**                                      ,        Case No. _____

                                Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Jovita Fuentes**<br>**4117 W 31st St**<br>**Chicago, IL 60623** | - | | **wages** | | | | 306.45 | 0.00 | 306.45 |
| Account No.<br><br>**Juan Ayala**<br>**4801 S Kolin**<br>**Chicago, IL 60632** | - | | **wages** | | | | 288.00 | 0.00 | 288.00 |
| Account No.<br><br>**Juan Chavira**<br>**2830 W Minnesota St**<br>**Blue Island, IL 60406** | - | | **wages** | | | | 1,013.12 | 0.00 | 1,013.12 |
| Account No.<br><br>**Juan Sanchez**<br>**5058 W 29th St**<br>**Cicero, IL 60804** | - | | **wages** | | | | 414.15 | 0.00 | 414.15 |
| Account No.<br><br>**Juana Brito**<br>**8516 W 47th St**<br>**Lyons, IL 60534** | - | | **wages** | | | | 284.00 | 0.00 | 284.00 |

Sheet __22__ of __45__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

|  | Subtotal | 0.00 |  |
|---|---|---|---|
|  | (Total of this page) | 2,305.72 | 2,305.72 |

B6E (Official Form 6E) (4/13) - Cont.

In re    **Midwest Direct Mailers, L.L.C.**                                    , Case No. _____
                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Juana Escot<br>5948 S Mozart<br>Chicago, IL 60629** | - | | wages | | | | 391.89 | | 0.08<br><br>391.81 |
| Account No.<br><br>**Juana Garcia<br>9147 S Harlem Apt 203<br>Bridgeview, IL 60455** | - | | wages | | | | 516.94 | | 0.00<br><br>516.94 |
| Account No.<br><br>**Juana Zambrano<br>6115 S Kilpatrick<br>Chicago, IL 60629** | - | | wages | | | | 379.50 | | 0.00<br><br>379.50 |
| Account No.<br><br>**Juanita Ramos<br>2627 S Tripp 2nd Floor<br>Chicago, IL 60623** | - | | wages | | | | 937.36 | | 0.00<br><br>937.36 |
| Account No.<br><br>**Julio Alvarez<br>1638 S 50th Ave<br>Cicero, IL 60804** | - | | wages | | | | 288.00 | | 90.00<br><br>198.00 |

Sheet __23__ of __45__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | |
|---|---|
| Subtotal | 90.08 |
| (Total of this page) | 2,513.69    2,423.61 |

B6E (Official Form 6E) (4/13) - Cont.

In re **Midwest Direct Mailers, L.L.C.** , Case No. _____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | wages | | | | | | |
| Karla Diaz 6029 S Mozart Chicago, IL 60629 | | - | | | | | 456.23 | 0.00 | 456.23 |
| Account No. | | | wages | | | | | | |
| Katherine Boyd 2229 W Marquette Rd 2nd Fl Chicago, IL 60632 | | - | | | | | 276.48 | 0.00 | 276.48 |
| Account No. | | | wages | | | | | | |
| Lanard Alexander 1009 S Bellwood Ave Apt 1S☐☐ Bellwood, IL 60104 | | - | | | | | 552.50 | 0.00 | 552.50 |
| Account No. | | | wages | | | | | | |
| Laura Rodriguez 7733 W 65th St Summit Argo, IL 60501 | | - | | | | | 527.01 | 0.00 | 527.01 |
| Account No. | | | wages | | | | | | |
| Leonires Sanches 4327 S Talman Ave Chicago, IL 60632 | | - | | | | | 548.14 | 0.00 | 548.14 |

Sheet __24__ of __45__ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page) | 2,360.36 | 0.00 | 2,360.36

B6E (Official Form 6E) (4/13) - Cont.

In re    **Midwest Direct Mailers, L.L.C.**                              ,    Case No. _____
                                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | | wages | | | | | |
| Leticia Hernandez 3543 W 77th St Chicago, IL 60652 | - | | | | | | | 0.00 |
| | | | | | | | 379.50 | 379.50 |
| Account No. | | | wages | | | | | |
| Leticia Rodriguez 5233 S Albany Chicago, IL 60632 | - | | | | | | | 0.00 |
| | | | | | | | 132.00 | 132.00 |
| Account No. | | | wages | | | | | |
| Lorena Cruz 2206 S 50th Ave Cicero, IL 60804 | - | | | | | | | 0.00 |
| | | | | | | | 326.37 | 326.37 |
| Account No. | | | wages | | | | | |
| Louis Harrison 8800 S Harlem Ave Lot #1746 Bridgeview, IL 60455 | - | | | | | | | 0.00 |
| | | | | | | | 480.00 | 480.00 |
| Account No. | | | wages | | | | | |
| Lourdes Ballesteros 6833 Roberts Rd Bridgeview, IL 60455 | - | | | | | | | 0.00 |
| | | | | | | | 321.28 | 321.28 |

Sheet __25__ of __45__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 1,639.15 | 1,639.15 |

B6E (Official Form 6E) (4/13) - Cont.

In re **Midwest Direct Mailers, L.L.C.** ,                    Case No. _____
                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | | | |
| Account No. | | | | wages | | | | | | |
| Lucia Vilchis 5036 W 31st Place Cicero, IL 60804 | | - | | | | | | 264.00 | 0.00 | 264.00 |
| Account No. | | | | wages | | | | | | |
| Luis Diaz 2232 W 19th St Chicago, IL 60608 | | - | | | | | | 283.88 | 0.00 | 283.88 |
| Account No. | | | | wages | | | | | | |
| Luisa Fuentes 4117 W 31st St Chicago, IL 60623 | | - | | | | | | 433.27 | 0.00 | 433.27 |
| Account No. | | | | wages | | | | | | |
| Luz Juarez 7220 W 62nd Place Summit Argo, IL 60501 | | - | | | | | | 207.36 | 0.00 | 207.36 |
| Account No. | | | | wages | | | | | | |
| Luz Osorio 5959 S Karlov Chicago, IL 60629 | | - | | | | | | 406.01 | 0.00 | 406.01 |

Sheet __26__ of __45__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 0.00 | |
|---|---|---|---|
| | (Total of this page) | 1,594.52 | 1,594.52 |

B6E (Official Form 6E) (4/13) - Cont.

In re  **Midwest Direct Mailers, L.L.C.**                                      ,        Case No. _____
                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Lynn Brady<br>8921 W 169th St.<br>Downers Grove, IL 60516 | - | | wages | | | | 1,439.75 | 0.00 | 1,439.75 |
| Account No.<br><br>MaDeLourdes Encarnacion<br>7224 S Beloit<br>Bridgeview, IL 60455 | - | | wages | | | | 542.48 | 0.00 | 542.48 |
| Account No.<br><br>Maeugenia Villanueva<br>4325 S Whipple<br>Chicago, IL 60632 | - | | wages | | | | 264.00 | 0.00 | 264.00 |
| Account No.<br><br>Magdalena Vergara<br>2407 S Avers<br>Chicago, IL 60623 | - | | wages | | | | 204.00 | 0.00 | 204.00 |
| Account No.<br><br>Manuel Ruiz<br>2813 S Central Park<br>Chicago, IL 60623 | - | | wages | | | | 320.32 | 0.00 | 320.32 |

Sheet __27__ of __45__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

|  | Subtotal | 0.00 | |
|---|---|---|---|
|  | (Total of this page) | 2,770.55 | 2,770.55 |

B6E (Official Form 6E) (4/13) - Cont.

In re    **Midwest Direct Mailers, L.L.C.**                                    ,    Case No. _____
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | | wages | | | | | |
| Manuela Torres 5607 S Mozart Chicago, IL 60629 | | - | | | | | 264.00 | 0.00 264.00 |
| Account No. | | | wages | | | | | |
| Margarita Venegas 2629 S Sawyer Apt 1-R Chicago, IL 60623 | | - | | | | | 574.78 | 0.00 574.78 |
| Account No. | | | wages | | | | | |
| Maria Arteaga 3316 W 61st Place Chicago, IL 60629 | | - | | | | | 192.46 | 0.00 192.46 |
| Account No. | | | wages | | | | | |
| Maria Ayala 3513 W 63rd Place Chicago, IL 60629 | | - | | | | | 386.44 | 0.00 386.44 |
| Account No. | | | wages | | | | | |
| Maria Calderon 4422 S Richmond Chicago, IL 60632 | | - | | | | | 379.50 | 0.00 379.50 |

Sheet __28__ of __45__ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | 0.00 |
| (Total of this page) | 1,797.18 | 1,797.18 |

B6E (Official Form 6E) (4/13) - Cont.

In re  **Midwest Direct Mailers, L.L.C.**                              ,  Case No. _____
                          Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | wages | | | | | | |
| Maria Castelan 3443 W 64th Place Chicago, IL 60629 | - | | | | | | 132.00 | 0.00 | 132.00 |
| Account No. | | | wages | | | | | | |
| Maria Cordova 2835 W 22nd St 1st Floor Chicago, IL 60623 | - | | | | | | 132.00 | 0.00 | 132.00 |
| Account No. | | | wages | | | | | | |
| Maria E. Martinez 6029 S Mozart Chicago, IL 60629 | - | | | | | | 448.50 | 0.00 | 448.50 |
| Account No. | | | wages | | | | | | |
| Maria Garcia 3039 S Harding Chicago, IL 60623 | - | | | | | | 207.70 | 0.00 | 207.70 |
| Account No. | | | wages | | | | | | |
| Maria Gonzalez 3038 S Hamlin Apt 1 Chicago, IL 60623 | - | | | | | | 264.00 | 0.00 | 264.00 |

Sheet __29__ of __45__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | 0.00 |
| (Total of this page) | 1,184.20 | 1,184.20 |

B6E (Official Form 6E) (4/13) - Cont.

In re      **Midwest Direct Mailers, L.L.C.**                                             ,          Case No. _____
                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | wages | | | | | | |
| Maria Hernandez 1429 S 48th Court Cicero, IL 60804 | - | | | | | | 121.91 | 0.00 | 121.91 |
| Account No. | | | wages | | | | | | |
| Maria Lugo 2856 S Christiana Chicago, IL 60623 | - | | | | | | 385.44 | 0.00 | 385.44 |
| Account No. | | | wages | | | | | | |
| Maria Lule 4017 W 58th St Chicago, IL 60629 | - | | | | | | 166.38 | 0.00 | 166.38 |
| Account No. | | | wages | | | | | | |
| Maria Martinez 3810 S 56th Court Cicero, IL 60804 | - | | | | | | 585.58 | 0.00 | 585.58 |
| Account No. | | | wages | | | | | | |
| Maria Morales 3221 S Keeler Ave Chicago, IL 60623 | - | | | | | | 323.69 | 0.00 | 323.69 |

Sheet  **30**  of  **45**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal |  | 0.00 |
(Total of this page) | 1,583.00 | 1,583.00 |

B6E (Official Form 6E) (4/13) - Cont.

In re    **Midwest Direct Mailers, L.L.C.**                                    Case No. _____
                                          ,
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Maria Murillo**<br>**3724 W 70th Place**<br>**Chicago, IL 60629** | | - | wages | | | | 709.13 | 0.00 | 709.13 |
| Account No.<br><br>**Maria Polanco**<br>**3400 W 61st St Apt 1**<br>**Chicago, IL 60629** | | - | wages | | | X | 533.93 | 0.00 | 533.93 |
| Account No.<br><br>**Maria R. Garcia**<br>**3039 S Harding**<br>**Chicago, IL 60623** | | - | wages | | | | 284.00 | 0.00 | 284.00 |
| Account No.<br><br>**Maria Reyes**<br>**4246 W 81st St**<br>**Chicago, IL 60652** | | - | wages | | | | 164.50 | 0.00 | 164.50 |
| Account No.<br><br>**Maria Rodriguez**<br>**5705 S Spaulding Ave**<br>**Chicago, IL 60629** | | - | wages | | | | 440.76 | 0.00 | 440.76 |

Sheet __31__ of __45__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

0.00
2,132.32                    2,132.32

B6E (Official Form 6E) (4/13) - Cont.

In re **Midwest Direct Mailers, L.L.C.** ,    Case No. _____

_____
Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | | | wages | | | | | |
| Maria Sosa 7603 W 60th Place 2 RS Summit Argo, IL 60501 | | - | | | | | | 276.50 | 0.00 276.50 |
| Account No. | | | | wages | | | | | |
| Maria Vergara 5157 S Mozart Chicago, IL 60632 | | - | | | | | | 639.18 | 0.00 639.18 |
| Account No. | | | | wages | | | | | |
| Mariana Hernandez 5524 S Spaulding Chicago, IL 60629 | | - | | | | | | 264.00 | 0.00 264.00 |
| Account No. | | | | wages | | | | | |
| Mariela Hernandez 4750 S Leamington Chicago, IL 60638 | | - | | | | | | 284.00 | 0.00 284.00 |
| Account No. | | | | wages | | | | | |
| Mario Corona 1904 W 47th St Chicago, IL 60609 | | - | | | | | | 592.35 | 0.00 592.35 |

Sheet __32__ of __45__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | |
| 2,056.03 | 2,056.03 |

B6E (Official Form 6E) (4/13) - Cont.

In re **Midwest Direct Mailers, L.L.C.** , Case No. _____
_____
Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | | | |
| Account No. | | | | wages | | | | | | |
| Marisela Salazar 1904 W 47th St Chicago, IL 60609 | | - | | | | | | 694.28 | 0.00 | 694.28 |
| Account No. | | | | wages | | | | | | |
| Marisol Guitierrez 7143 S Hamlin Chicago, IL 60629 | | - | | | | | | 300.91 | 0.00 | 300.91 |
| Account No. | | | | wages | | | | | | |
| Marisol Solis 3404 W Pershing Rd Chicago, IL 60632 | | - | | | | | | 400.07 | 0.00 | 400.07 |
| Account No. | | | | wages | | | | | | |
| Mark Kummer 3343 W 95th St Evergreen Park, IL 60805 | | - | | | | | | 1,946.12 | 0.00 | 1,946.12 |
| Account No. | | | | wages | | | | | | |
| Martha Ochoa 5951 S Sawyer Chicago, IL 60629 | | - | | | | | | 802.04 | 0.00 | 802.04 |

Sheet __33__ of __45__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page) — 4,143.42 | 0.00 | 4,143.42

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6E (Official Form 6E) (4/13) - Cont.

In re **Midwest Direct Mailers, L.L.C.** , Case No. _____
                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | wages | | | | | | |
| Mayra Verdin 5534 S Massasoit Ave Chicago, IL 60638 | | - | | | | | 228.60 | 0.00 | 228.60 |
| Account No. | | | wages | | | | | | |
| Miguel Samudio 3543 W 77th St Chicago, IL 60652 | | - | | | | | 773.56 | 0.00 | 773.56 |
| Account No. | | | wages | | | | | | |
| Minerva Bolanos 5058 W 29th St Cicero, IL 60804 | | - | | | | | 598.00 | 0.00 | 598.00 |
| Account No. | | | wages | | | | | | |
| Mireya Solano 4342 S Wood Apt 2 Chicago, IL 60629 | | - | | | | | 680.59 | 0.00 | 680.59 |
| Account No. | | | wages | | | | | | |
| Miriam Alvarez 6235 S Karlov Chicago, IL 60629 | | - | | | | | 699.11 | 0.00 | 699.11 |

Sheet __34__ of __45__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 2,979.86 | 2,979.86 |

B6E (Official Form 6E) (4/13) - Cont.

In re   **Midwest Direct Mailers, L.L.C.** _____,   Case No. _____
                                   Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | |
| Account No. | | wages | | | | | | | |
| Nancy Martinez 3108 W 58th St Chicago, IL 60629 | - | | | | | | | 653.69 | 0.00 / 653.69 |
| Account No. | | wages | | | | | | | |
| Nataly Estrada 5226 W 23rd St Cicero, IL 60804 | - | | | | | | | 226.88 | 0.00 / 226.88 |
| Account No. | | wages | | | | | | | |
| Neftali Nava 5444 S California Chicago, IL 60632 | - | | | | | | | 489.50 | 0.00 / 489.50 |
| Account No. | | wages | | | | | | | |
| Nelida Perez 1822 S Laflin Chicago, IL 60608 | - | | | | | | | 198.00 | 0.00 / 198.00 |
| Account No. | | wages | | | | | | | |
| Noberto Martinez 5230 S Homan Chicago, IL 60632 | - | | | | | | | 750.27 | 0.00 / 750.27 |

Sheet __35__ of __45__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | 0.00 |
| (Total of this page) | 2,318.34 | 2,318.34 |

B6E (Official Form 6E) (4/13) - Cont.

In re  **Midwest Direct Mailers, L.L.C.**                                                  ,    Case No. _____
                                                Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | wages | | | | | | |
| Noe Becerra 5915 S Whipple Chicago, IL 60629 | | - | | | | | | | 0.00 |
| | | | | | | | 288.00 | | 288.00 |
| Account No. | | | wages | | | | | | |
| Octavio Toledo 3723 S Wood Chicago, IL 60609 | | - | | | | | | | 0.00 |
| | | | | | | | 665.65 | | 665.65 |
| Account No. | | | wages | | | | | | |
| Patricia Sandoval 3517 W 71st Place Chicago, IL 60629 | | - | | | | | | | 0.00 |
| | | | | | | | 1,278.79 | | 1,278.79 |
| Account No. | | | wages | | | | | | |
| Pedro Jaimes 3127 W 40th St☐☐ Chicago, IL 60632 | | - | | | | | | | 0.00 |
| | | | | | | | 320.00 | | 320.00 |
| Account No. | | | wages | | | | | | |
| Petra Lira 4601 S Mozart Chicago, IL 60632 | | - | | | | | | | 0.00 |
| | | | | | | | 132.00 | | 132.00 |

Sheet __36__ of __45__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page)

| | |
|---|---|
| 0.00 | |
| 2,684.44 | 2,684.44 |

B6E (Official Form 6E) (4/13) - Cont.

In re   **Midwest Direct Mailers, L.L.C.**                                           ,   Case No. _____
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | wages | | | | | |
| Rafael Lazaro 2650 W 43rd St Chicago, IL 60632 | | - | | | | | 300.00 | 0.00 / 300.00 |
| Account No. | | | wages | | | | | |
| Ricardo Briones 3214 W 65th Place Chicago, IL 60629 | | - | | | | | 298.12 | 0.00 / 298.12 |
| Account No. | | | wages | | | | | |
| Ricardo Venegas 3208 S 54th Court Cicero, IL 60804 | | - | | | | | 760.00 | 0.00 / 760.00 |
| Account No. | | | wages | | | | | |
| Richard Witvoet 8536 W 95th St Apt# 6 Hickory Hills, IL 60457 | | - | | | | | 192.03 | 0.00 / 192.03 |
| Account No. | | | wages | | | | | |
| Robert Banks 1123 W 111th Place Chicago, IL 60643 | | - | | | | | 892.29 | 0.00 / 892.29 |

Sheet __37__ of __45__ continuation sheets attached to                          Subtotal                  0.00
Schedule of Creditors Holding Unsecured Priority Claims          (Total of this page)    2,442.44       2,442.44

B6E (Official Form 6E) (4/13) - Cont.

In re    **Midwest Direct Mailers, L.L.C.**                                      ,    Case No. _____
                                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Robert Donegan**<br>**9940 S Nottingham Apt 108**<br>**Chicago Ridge, IL 60415** | | - | wages | | | | 468.75 | 0.00 | 468.75 |
| Account No.<br><br>**Roberto Ramirez**<br>**3550 W 65th Place**<br>**Chicago, IL 60629** | | - | wages | | | | 760.00 | 300.00 | 460.00 |
| Account No.<br><br>**Rodolfo Mendez**<br>**2644 S Kedzie**<br>**Chicago, IL 60623** | | - | wages | | | | 272.00 | 0.00 | 272.00 |
| Account No.<br><br>**Rodrigo Reyes**<br>**6640 S Francisco 2R**<br>**Chicago, IL 60629** | | - | wages | | | | 813.83 | 0.00 | 813.83 |
| Account No.<br><br>**Rogelio Navarro**<br>**3033 W 62nd St**<br>**Chicago, IL 60629** | | - | wages | | | | 520.00 | 0.00 | 520.00 |

Sheet __38__ of __45__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | | 300.00 |
|---|---|---|---|
| | (Total of this page) | 2,834.58 | 2,534.58 |

B6E (Official Form 6E) (4/13) - Cont.

In re    **Midwest Direct Mailers, L.L.C.**                                                      ,          Case No. _____
                                                          **Debtor**

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Rosa Camarena**<br>**4115 S Sacramento**<br>**Chicago, IL 60632** | | - | wages | | | | 336.48 | 0.00<br><br>336.48 |
| Account No.<br><br>**Rosa Octavo**<br>**6000 S Sacramento**<br>**Chicago, IL 60629** | | - | wages | | | | 288.75 | 0.00<br><br>288.75 |
| Account No.<br><br>**Rosa Sinencio**<br>**2112 S Fairfield**<br>**Chicago, IL 60608** | | - | wages | | | | 330.00 | 0.00<br><br>330.00 |
| Account No.<br><br>**Rosalia Cortez**<br>**5820 W 16th St**<br>**Cicero, IL 60804** | | - | wages | | | | 264.00 | 0.00<br><br>264.00 |
| Account No.<br><br>**Rosella Chagolla**<br>**7740 S Keeler**<br>**Chicago, IL 60652** | | - | wages | | | | 198.00 | 0.00<br><br>198.00 |

Sheet __39__ of __45__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal | 0.00
(Total of this page) | 1,417.23 | 1,417.23

B6E (Official Form 6E) (4/13) - Cont.

In re    **Midwest Direct Mailers, L.L.C.**                                    Case No. _____
_____ ,
Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xx-xx1939**<br><br>**Rufina Morales**<br>**3355 W. 65th St., Bsmt.**<br>**Chicago, IL 60629** | - | | wages | | X | X | 797.80 | 0.00<br><br>797.80 |
| Account No.<br><br>**Sam Teresi**<br>**6650 W 91st Place**<br>**Oak Lawn, IL 60453** | - | | wages | | | | 943.75 | 0.00<br><br>943.75 |
| Account No.<br><br>**San Juana Mascote**<br>**8649 Newland**<br>**Burbank, IL 60459** | - | | wages | | | | 569.43 | 0.00<br><br>569.43 |
| Account No.<br><br>**Sandra Garcia**<br>**2700 S Keeler**<br>**Chicago, IL 60623** | - | | wages | | | X | 568.69 | 0.00<br><br>568.69 |
| Account No.<br><br>**Sandra Hernandez**<br>**5601 S Francisco**<br>**Chicago, IL 60632** | - | | wages | | | | 109.62 | 0.00<br><br>109.62 |

Sheet __40__ of __45__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 2,989.29 | 2,989.29 |

B6E (Official Form 6E) (4/13) - Cont.

In re    **Midwest Direct Mailers, L.L.C.** _____ ,    Case No. _____

Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>Sara Escot<br>3940 W 64th St<br>Chicago, IL 60629 | - | | wages | | | | 55.38 | 0.00 | 55.38 |
| Account No. <br><br>Sergio Perez<br>4839 S Damen Ave<br>Chicago, IL 60609 | - | | wages | | | | 670.25 | 0.00 | 670.25 |
| Account No. <br><br>Shawn Lucas<br>7417 Southwest Hwy Apt 7□□<br>Worth, IL 60482 | - | | wages | | | | 320.00 | 0.00 | 320.00 |
| Account No. xx-xx2059<br><br>Sheri Woodward<br>5619 Springside Ave.<br>Downers Grove, IL 60516 | - | | wages | | X | X | 6,400.71 | 0.00 | 6,400.71 |
| Account No. <br><br>Shirlene Herbert<br>6637 S Damen<br>Chicago, IL 60636 | - | | wages | | | | 145.05 | 0.00 | 145.05 |

Sheet __41__ of __45__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 7,591.39 | 7,591.39 |

B6E (Official Form 6E) (4/13) - Cont.

In re **Midwest Direct Mailers, L.L.C.** ,     Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | wages | | | | | |
| Sidronio Flores 5506 W 25th Place Cicero, IL 60804 | - | | | | | | 380.00 | 0.00 / 380.00 |
| Account No. | | | wages | | | | | |
| Silvia Cano 3110 W 55th St Chicago, IL 60632 | - | | | | | | 264.00 | 0.00 / 264.00 |
| Account No. | | | wages | | | | | |
| Sonia Pereda 5805 S Talman Chicago, IL 60629 | - | | | | | | 415.81 | 0.00 / 415.81 |
| Account No. | | | wages | | | | | |
| Tania Valle 7035 S Fairfield Chicago, IL 60629 | - | | | | | | 381.35 | 0.00 / 381.35 |
| Account No. | | | wages | | | | | |
| Terry Foster 8656 S 86th Ave Apt 312 Justice, IL 60458 | - | | | | | | 1,173.51 | 0.00 / 1,173.51 |

Sheet __42__ of __45__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal 0.00
(Total of this page) 2,614.67 / 2,614.67

B6E (Official Form 6E) (4/13) - Cont.

In re **Midwest Direct Mailers, L.L.C.** ,                    Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | | |
| Account No. | | | | wages | | | | | | |
| Thomas Duffin 13546 Savanna Dr Plainfield, IL 60544 | - | | | | | | | 1,667.35 | 1,667.35 | 0.00 |
| Account No. | | | | wages | | | | | | |
| Timothy Radtke 8100 W Marion Dr 1W Justice, IL 60458 | - | | | | | | | 1,608.75 | 0.00 | 1,608.75 |
| Account No. | | | | wages | | | | | | |
| Vanessa Hernandez 5601 S Francisco Chicago, IL 60632 | - | | | | | | | 109.62 | 0.00 | 109.62 |
| Account No. | | | | wages | | | | | | |
| Veronica Rodriguez 1736 W 18th Place Chicago, IL 60608 | - | | | | | | | 274.19 | 0.00 | 274.19 |
| Account No. | | | | wages | | | | | | |
| Veronica Rojas 7243 S California Chicago, IL 60629 | - | | | | | | | 814.08 | 0.00 | 814.08 |

Sheet __43__ of __45__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 1,667.35 | |
| (Total of this page) | 4,473.99 | 2,806.64 |

B6E (Official Form 6E) (4/13) - Cont.

In re   **Midwest Direct Mailers, L.L.C.**                              ,   Case No. _____
                                                   Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Victor Sanchez**<br>**5546 S Troy**<br>**Chicago, IL 60629** | | - | wages | | | | 181.12 | 0.00 | 181.12 |
| Account No.<br><br>**Virgilio Lopez**<br>**7536 W 62nd St**<br>**Summit Argo, IL 60501** | | - | wages | | | | 119.40 | 0.00 | 119.40 |
| Account No.<br><br>**Wayne Perkins**<br>**1670 NW 2nd Ave**<br>**Pompano Beach, FL 33060** | | - | wages | | | | 1,735.04 | 0.00 | 1,735.04 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet __44__ of __45__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 0.00 | |
|---|---|---|---|
| | (Total of this page) | 2,035.56 | 2,035.56 |

B6E (Official Form 6E) (4/13) - Cont.

In re **Midwest Direct Mailers, L.L.C.** ,                                 Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 940 and 941 taxes | | | | | |
| Ill. Dept. of Employment Security Collections Section 33 S State St 10th Flr Chicago, IL 60603 | - | | | | | | 122,420.41 | 0.00 / 122,420.41 |
| Account No. | | | 940 and 941 taxes | | | | | |
| Illinois Department of Revenue Bankruptcy Section Level 7-425 100 W. Randolph Chicago, IL 60601 | - | | | | | | 116,279.21 | 0.00 / 116,279.21 |
| Account No. **xx xxx x0424** | | | | | | | | |
| Illinois Workers Comp. Commission 100 W Randolph, Ste. 8-200 Chicago, IL 60601 | - | | | X | X | X | Unknown | Unknown / 0.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

| | | | |
|---|---|---|---|
| Sheet __45__ of __45__ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal (Total of this page) | 238,699.62 | 0.00 / 238,699.62 |
| | Total (Report on Summary of Schedules) | 367,866.75 | 9,592.19 / 358,274.56 |

B6F (Official Form 6F) (12/07)

In re  **Midwest Direct Mailers, L.L.C.**                                      ,   Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**ABILITY PLUMBING & SEWERAGE 5609 79TH STREET Burbank, IL 60459** | - | | Trade debt | | | | 540.00 |
| Account No.<br><br>**Accountemps 12400 COLLECTIONS CENTER DRIVE Chicago, IL 60693** | | | Trade debt | | | | 4,225.96 |
| Account No.<br><br>**ACMC Physician Services 75 Remittance Dr., Ste 6010 Chicago, IL 60675** | - | | medical expense | | | | 242.00 |
| Account No.<br><br>**ACUITY 2800 SOUTH TAYLOR DRIVE Sheboygan, WI 53081** | - | | Allowed C11 claim | | | | 1,130.50 |

__25__  continuation sheets attached

Subtotal
(Total of this page)   **6,138.46**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Midwest Direct Mailers, L.L.C.** _____ ,     Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | medical expense | | | | |
| Advocate Medical Center 75 Remittance Dr Suite 1019 Chicago, IL 60675 | - | | | | | | | 242.00 |
| Account No. | | | | Allowed C11 claim | | | | |
| AERO RUBBER CO, INC 8100 WEST 185TH ST Tinley Park, IL 60487 | - | | | | | | | 622.18 |
| Account No. | | | | Trade debt | | | | |
| AFFILIATED CONTROL EQUIPMENT 640 WHEAT LANE Wood Dale, IL 60191 | - | | | | | | | 149.82 |
| Account No. | | | | Trade debt | | | | |
| Affordable Fire Protection 2426 Rose Street Franklin Park, IL 60131 | - | | | | | | | 500.00 |
| Account No. **xxxxx1296** | | | | | | | | |
| AT&T Attn: Bankruptcy Dept. 5407 Andrews Highway Midland, TX 79706 | - | | | | | | | 178.40 |
| Sheet no. _1_ of _25_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | Subtotal (Total of this page) | | | | 1,692.40 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Midwest Direct Mailers, L.L.C.** _____ ,      Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**AUTOMATED PRESORT** <br>**1400 CENTRE CIRCLE DRIVE** <br>**Downers Grove, IL 60515** | - | | Allowed C11 claim | | | | 8,579.24 |
| Account No. <br><br>**Automated Presort USA** <br>**1400 CENTRE CIRCLE DRIVE** <br>**Downers Grove, IL 60515** | - | | Trade debt | | | | 14,216.85 |
| Account No.  **xx5449** <br><br>**Bell & Howell** <br>**3791 S. Alston Ave.** <br>**Durham, NC 27713** | - | | Allowed C11 claim | | | | 377.59 |
| Account No. <br><br>**Bell & Howell** <br>**3791 S. Alston Ave.** <br>**Durham, NC 27713** | - | | Trade debt | | | | 69,627.51 |
| Account No. <br><br>**Berkley Risk Administrators** <br>**P.O. BOX 59143** <br>**Minneapolis, MN 55459** | - | | Trade debt | | | | 3,000.00 |

Sheet no. __2__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

95,801.19

B6F (Official Form 6F) (12/07) - Cont.

In re   **Midwest Direct Mailers, L.L.C.**                                    ,        Case No. _____
                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade debt | | | | |
| **Big Joe's Sealcoating** **6563 Fernwood Dr.** **Lisle, IL 60532** | - | | | | | | | 2,500.00 |
| Account No. | | | | Allowed C11 claim | | | | |
| **BOWE AND HOWELL LLC** **7049 SOLUTION CENTER** **Chicago, IL 60677-7000** | - | | | | | | | 321.43 |
| Account No. | | | | Trade debt | | | | |
| **Brinks** **919 S CALIFORNIA AVE** **Chicago, IL 60612** | - | | | | | | | 4,790.97 |
| Account No. | | | | Trade debt | | | | |
| **Calumet Lift Truck** **35 E 168th Street** **South Holland, IL 60473** | - | | | | | | | 937.48 |
| Account No. | | | | Trade debt | | | | |
| **Carlisle Enterprises, Inc.** **237 Dato Drive** **Streamwood, IL 60107** | - | | | | | | | 302.98 |

Sheet no. __3__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,852.86

B6F (Official Form 6F) (12/07) - Cont.

In re    **Midwest Direct Mailers, L.L.C.**                                    ,        Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt | | | | |
| Central Scale Supply Co., Inc. 13701 S. Kenton Avenue Midlothian, IL 60445 | - | | | | | | 1,800.00 |
| Account No. | | | Trade debt | | | | |
| CHICAGO MESSENGER SERVICE 1600 S. Ashland Avenue Chicago, IL 60608-2013 | - | | | | | | 1,178.97 |
| Account No. | | | Trade debt | | | | |
| Chicago Office Products 9710 Industrial Drive Bridgeview, IL 60455 | - | | | | | | 173.46 |
| Account No. | | | Trade debt | | | | |
| Chicago Postal Customer Council PO BOX 7737 Chicago, IL 60680-7737 | - | | | | | | 130.00 |
| Account No. | | | Trade debt | | | | |
| CHICAGO TIRE 16001 Van Drunen Rd South Holland, IL 60473 | - | | | | | | 972.90 |

Sheet no. __4__ of __25__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **4,255.33**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Midwest Direct Mailers, L.L.C.** _____,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **CHICAGO TRUCK SALES & SERVICE** **5300 W. PLATTNER DRIVE** **Alsip, IL 60803** | - | | | | | | | **Unknown** |
| Account No. | | | | Allowed C11 claim | | | | |
| **CHRIST MEDICAL CENTER** **P.O. BOX 70508** **Chicago, IL 60673-0508** | - | | | | | | | **400.58** |
| Account No. | | | | Allowed C11 claim | | | | |
| **COGENT COMMUNICATIONS, INC** **1015 31ST STREET NW** **attn: Robert Barse** **Washington, DC 20007** | - | | | | | | | **779.63** |
| Account No. | | | | Trade debt | | | | |
| **Combined Fluid Products Co.** **805 Oakwood Road, STE F** **Lake Zurich, IL 60047** | - | | | | | | | **1,096.89** |
| Account No. | | | | Trade debt | | | | |
| **Comcast** **PO Box 3002** **Southeastern, PA 19398-3002** | - | | | | | | | **20.03** |

Sheet no. __5__ of __25__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **2,297.13**

B6F (Official Form 6F) (12/07) - Cont.

In re **Midwest Direct Mailers, L.L.C.** _____,        Case No. _____
                                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xx2116**<br><br>Comcast<br>PO Box 3002<br>Southeastern, PA 19398-3002 | | - | | Trade debt | | | | 4,480.93 |
| Account No. **xx3730**<br><br>Comcast<br>PO Box 3002<br>Southeastern, PA 19398-3002 | | - | | Trade debt | | | | 982.66 |
| Account No. **xxx2309**<br><br>Comcast<br>PO Box 3002<br>Southeastern, PA 19398-3002 | | - | | Trade debt | | | | 505.47 |
| Account No. **xxx0013**<br><br>Comcast<br>PO Box 3002<br>Southeastern, PA 19398-3002 | | - | | Trade debt | | | | 534.88 |
| Account No. **xxx1944**<br><br>Comcast<br>PO Box 3002<br>Southeastern, PA 19398-3002 | | - | | Trade debt | | | | 317.18 |

Sheet no. __6___ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **6,821.12**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Midwest Direct Mailers, L.L.C.** _____ ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx0628** | | | Trade debt | | | | |
| **Comcast PO Box 3002 Southeastern, PA 19398-3002** | - | | | | | | 1,496.54 |
| Account No. | | | utility | | | | |
| **ComEd Bankruptcy Dept. P.O. Box 87522 Chicago, IL 60680** | - | | | | | | 8,670.78 |
| Account No. | | | Trade debt | | | | |
| **CONCENTRA PO BOX 488 Lombard, IL 60148-0488** | - | | | | | | 1,051.98 |
| Account No. | | | Allowed C11 claim | | | | |
| **CONTINENTAL ENVELOPE C/O TELLER,LEVIT & SILVERTRUST PC 11 EAST ADAMS SUITE 800 Chicago, IL 60603** | - | | | | | | 2,305.96 |
| Account No. | | | | | | | |
| **Cook County Dept. of Envir. Contr. PO BOX 641547 Chicago, IL 60664-1547** | - | | | | | | 184.00 |

Sheet no. __7__ of __25__ sheets attached to Schedule of                        Subtotal
Creditors Holding Unsecured Nonpriority Claims                               (Total of this page)            13,709.26

B6F (Official Form 6F) (12/07) - Cont.

In re   **Midwest Direct Mailers, L.L.C.**                                    ,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Crown Credit Lease**<br>**PO Box 641173**<br>**Cincinnati, OH 45264-1173** | - | | | | | | **1,245.93** |
| Account No. | | | | | | | |
| **CROWN SERVICES INC□□**<br>**5417 79TH ST□□**<br>**Burbank, IL 60459** | - | | | | | | **Unknown** |
| Account No. | | | Allowed C11 claim | | | | |
| **D&D ENTERPRISES**<br>**PO BOX 1176**<br>**Frankfort, IL 60423** | - | | | | | | **1,746.67** |
| Account No. | | | Allowed C11 claim | | | | |
| **DANIEL BURKE**<br>**KENNETH DONKEL TRUST ACCOUNT**<br>**7220 W. 194TH STREET**<br>**Tinley Park, IL 60487** | - | | | | | | **666.67** |
| Account No. | | | Trade debt | | | | |
| **DATACARD**<br>**1187 Park Place**<br>**Shakopee, MN 55379** | - | | | | | | **175.22** |

Sheet no. __8__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**3,834.49**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Midwest Direct Mailers, L.L.C.** _____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Trade debt | | | | |
| **DELUXE CHECKS PO BOX 742572 Cincinnati, OH 45274-2572** | - | | | | | | | 1,072.38 |
| Account No. | | | | Trade debt | | | | |
| **Doornbos Heating 11310 Cicero Avenue Alsip, IL 60803** | - | | | | | | | 1,046.00 |
| Account No. | | | | Trade debt | | | | |
| **Dresiliker Electric Motors 36249 Treasury Center Chicago, IL 60694-6200** | - | | | | | | | 200.00 |
| Account No. | | | | Trade debt | | | | |
| **EQMD INC PO BOX 337 McHenry, IL 60051** | - | | | | | | | 1,158.05 |
| Account No. | | | | | | | | |
| **ETEMCO□□ 1370 ARCADIA ROAD□□ Lancaster, PA 17601** | - | | | | | | | Unknown |

Sheet no. __9__ of __25__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **3,476.43**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Midwest Direct Mailers, L.L.C.**                                   ,        Case No. _____
                                               Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | medical expense | | | | |
| **EXCEL OCCUPATIONAL HEALTH CLINIC**<br>**5015 W. 65TH STREET**<br>**Chicago, IL 60638** | - | | | | | | 3,056.00 |
| Account No. | | | Trade debt | | | | |
| **FAST MANUFACTURING**<br>**3956 East 800 North**<br>**Rolling Prairie, IN 46371** | - | | | | | | 629.50 |
| Account No. | | | Allowed C11 claim | | | | |
| **FEDEX FREIGHT EAST**<br>**4836 BRECKSVILLE RD**<br>**Richfield, OH 44286** | - | | | | | | 436.67 |
| Account No. | | | Allowed C11 claim | | | | |
| **FLOOD BROTHERS**<br>**17 W. 697 BUTTERFIELD RD**<br>**Villa Park, IL 60181** | - | | | | | | 801.32 |
| Account No. | | | Trade debt | | | | |
| **Foster & Son Fire Extinguishers Inc**<br>**7309 West 90th Street**<br>**Bridgeview, IL 60455** | - | | | | | | 247.62 |

Sheet no. __10__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,171.11

B6F (Official Form 6F) (12/07) - Cont.

In re   **Midwest Direct Mailers, L.L.C.** _____,     Case No. _____
                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt | | | | |
| **Four Seasons Heating**<br>**5701 W. 73rd Street**<br>**Chicago, IL 60638** | | - | | | | | **1,500.00** |
| Account No. | | | | | | | |
| **FRANK L. SASSETTI & CO.**<br>**6611 WEST NORTH AVENUE**<br>**Oak Park, IL 60302** | | - | | | | | **Unknown** |
| Account No. | | | Trade debt | | | | |
| **FREIGHT QUOTE**<br>**901 West Carondelet Drive**<br>**Kansas City, MO 64114** | | - | | | | | **30.80** |
| Account No. | | | Trade debt | | | | |
| **Garda Cash Logistics**<br>**2500 South 25th Ave**<br>**Broadview, IL 60155** | | - | | | | | **525.25** |
| Account No. | | | Trade debt | | | | |
| **GARDA CL GREAT LAKES INC**<br>**3209 MOMENTUM PLACE**<br>**Chicago, IL 60689-5332** | | - | | | | | **3,504.85** |

Sheet no. __11__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **5,560.90**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Midwest Direct Mailers, L.L.C.** _____ ,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | medical expense | | | | |
| Gary V Rubin MD 7001 W Archer Ave Chicago, IL 60638 | | - | | | | | | 913.00 |
| Account No. | | | | Trade debt | | | | |
| Great Lakes Recycling Services PO Box 70 Worth, IL 60482 | | - | | | | | | 1,889.78 |
| Account No. | | | | Trade debt | | | | |
| GULF GREAT LAKES PACKAGING 1040 MARYLAND AVE. Dolton, IL 60419-2232 | | - | | | | | | 764.93 |
| Account No. | | | | Trade debt | | | | |
| Heidelberg Finishing 4900 Webster St. Dayton, OH 45414 | | - | | | | | | 243.27 |
| Account No. | | | | | | | | |
| IL ENVIRONMENTAL PROTECT AGCY 100 WEST RANDOLPH STE 11-300 Chicago, IL 60601 | | - | | | | | | 750.01 |

Sheet no. __12__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,560.99

B6F (Official Form 6F) (12/07) - Cont.

In re __Midwest Direct Mailers, L.L.C._____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Allowed C11 claim | | | | |
| **Illinois Department of Revenue Bankruptcy Section Level 7-425 100 W. Randolph Chicago, IL 60601** | - | | | | | | 480.86 |
| Account No. | | | Allowed C11 claim | | | | |
| **INSTANT CARE, LLC☐☐ 815 HOWARD STREET Evanston, IL 60202** | - | | | | | | 481.65 |
| Account No. | | | Trade debt | | | | |
| **International Delivery Solutions PO BOX 420 Oak Creek, WI 53154** | - | | | | | | 691.63 |
| Account No. | | | Allowed C11 claim | | | | |
| **Interstate Gas Supply Inc. PO Box 190 Aurora, IL 60507** | - | | | X | X | X | 1,803.55 |
| Account No. | | | Professional Fees | | | | |
| **Keck & Assoc. P.C. 333 N. Michigan Ave. Chicago, IL 60601** | - | | | X | | | 17,357.76 |

Sheet no. __13__ of __25__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **20,815.45**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Midwest Direct Mailers, L.L.C.** _____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade debt | | | | |
| **KMH SYSTEMS** **1250 Davis Road** **Elgin, IL 60123** | - | | | | | | | 3,144.95 |
| Account No. | | | | Allowed C11 claim | | | | |
| **Labor Solutions, LLC** **729 Pinecrest Dr** **Prospect Heights, IL 60070** | - | | | | | | | 1,208.33 |
| Account No. | | | | Trade debt | | | | |
| **Larsen Packaging Prducts, Inc.** **419 Village Drive** **Carol Stream, IL 60188** | - | | | | | | | 4,689.12 |
| Account No. | | | | | | | | |
| **LEWIS PAPER PLACE**⬚⬚ **18608 SOUTH 81ST AVENUE**⬚⬚ **Tinley Park, IL 60487** | - | | | | | | | Unknown |
| Account No. | | | | Trade debt | | | | |
| **Liberty Propane** **15680 Canal Bank Road** **PO Box 458** **Lemont, IL 60439-0458** | - | | | | | | | 205.68 |

Sheet no. __**14**__ of __**25**__ sheets attached to Schedule of        Subtotal        | 9,248.08 |
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Midwest Direct Mailers, L.L.C.** _____ ,    Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br>**M R INDUSTRIES** <br>**7915 S. NARRAGANSETT** <br>**Burbank, IL 60459** | | - | | | | | | **Unknown** |
| Account No. <br><br>**MARKET MAILERS INC** <br>**200 W 6TH STREET** <br>**Lockport, IL 60441** | | - | | Allowed C11 claim | | | | **2,635.15** |
| Account No. **xx xx xx5363** <br><br>**Marketing Card Technology LLC** <br>**c/o Tristan & Cervantes** <br>**30 W Monroe St., Ste. 630** <br>**Chicago, IL 60603** | X | - | | Trade debt | X | X | X | **49,589.57** |
| Account No. <br><br>**MARKWITH TOOL CO. INC** <br>**5261 STATE ROUTE 49 S** <br>**Greenville, OH 45331** | | - | | Trade debt | | | | **590.00** |
| Account No. <br><br>**Martinello, Boveri, Martinello LLC** <br>**c/o Rudy Martinello** <br>**7711 W. North Ave., Suite 6** <br>**River Forest, IL 60305** | | - | | unsecured note | | | | **146,000.00** |

Sheet no. __15__ of __25__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**198,814.72**

B6F (Official Form 6F) (12/07) - Cont.

In re **Midwest Direct Mailers, L.L.C.** ,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Allowed C11 claim | | | | |
| Metrolift Propane 500 Meijer Drive Suite 200 Florence, KY 41042 | - | | | | | | | 834.46 |
| Account No. | | | | Trade debt | | | | |
| MIDWEST DOOR & DOCK SOLUTIONS 1249 Burville Road Unit 8 Crete, IL 60417 | - | | | | | | | 1,075.00 |
| Account No. | | | | Trade debt | | | | |
| MSC INDUSTRIAL SUPPLY CO. 1020 WOOD DALE RD Wood Dale, IL 60191 | - | | | | | | | 4,170.31 |
| Account No. | | | | medical expense | | | | |
| National Mobile Health Programs 415 Financial Court Rockford, IL 61107 | - | | | | | | | 2,076.04 |
| Account No. | | | | Trade debt | | | | |
| New York State Insurance Fund 8 Corporate Center, 2nd Floor Melville, NY 11747-3166 | - | | | | | | | 1,570.92 |

Sheet no. __16__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

9,726.73

B6F (Official Form 6F) (12/07) - Cont.

In re **Midwest Direct Mailers, L.L.C.** ,                Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | utility | | | | |
| Nicor 90 Finley Rd. Glen Ellyn, IL 60137 | - | | | | | | 21,400.68 |
| Account No. | | | Allowed C11 claim | | | | |
| NOBLE AMERICAS ENERGY SOLUTION 14800 FRYE ROAD 2ND FLOOR Fort Worth, TX 76155 | - | | | | | | 1,785.61 |
| Account No. | | | Trade debt | | | | |
| Palos Anesthesia Assoc 12251 South 80th Ave Palos Heights, IL 60463 | - | | | | | | 2,090.00 |
| Account No. | | | Trade debt | | | | |
| Peak Business Equipment Inc 12882 Pennridge Drive Bridgeton, MO 63044 | - | | | | | | 400.00 |
| Account No. | | | Trade debt | | | | |
| PERSONNEL PLANNERS 913 W VAN BUREN N-3A Chicago, IL 60607 | - | | | | | | 1,187.50 |

Sheet no. __17__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          26,863.79

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Midwest Direct Mailers, L.L.C.**                                    ,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5008**<br><br>**Pitney Bowes**<br>**PO Box 371896**<br>**Pittsburgh, PA 15250-7896** | | - | | Trade debt | | | | 1,415.97 |
| Account No. **7864**<br><br>**Pitney Bowes**<br>**PO Box 371896**<br>**Pittsburgh, PA 15250-7896** | | - | | Trade debt | | | | 2,817.50 |
| Account No. **8868**<br><br>**Pitney Bowes**<br>**PO Box 371896**<br>**Pittsburgh, PA 15250-7896** | | - | | Trade debt | | | | 680.00 |
| Account No. **6863**<br><br>**Pitney Bowes**<br>**4901 Belfort Road, Suite #120**<br>**Jacksonville, FL 32256** | | - | | Trade debt | | | | 2,482.37 |
| Account No. **x L 772**<br><br>**POLYWERKS**<br>**ESPOSITO & STAUBUS**<br>**7055 VETERANS BLVD UNIT B**<br>**BURR RIDGE, IL 60527** | X | - | | judgment | | | | 128,101.00 |

Sheet no. __18__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

135,496.84

B6F (Official Form 6F) (12/07) - Cont.

In re   **Midwest Direct Mailers, L.L.C.**                                              ,        Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt | | | | |
| **PRECISE TOOL SHARPENING** **8519 THOMAS AVENUE** **Bridgeview, IL 60455** | - | | | | | | 680.00 |
| Account No. | | | Trade debt | | | | |
| **PrintSoft** **2030 Pie-IX Suite 500** **Montreal, Quebec H1V 2C8** | - | | | | | | 20,252.75 |
| Account No. | | | Trade debt | | | | |
| **PRO SHRED Security** **14029 S. Cicero Avenue** **Crestwood, IL 60445** | - | | | | | | 40.00 |
| Account No. | | | Trade debt | | | | |
| **Prometheum Technologies Inc** **1432 Dempster Street** **Evanston, IL 60202** | - | | | | | | 125.00 |
| Account No. | | | | | | | |
| **PRUDENTIAL INSURANCE** **P.O. BOX 856138** **Louisville, KY 40285** | - | | | | | | Unknown |

Sheet no. __19__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

21,097.75

B6F (Official Form 6F) (12/07) - Cont.

In re   **Midwest Direct Mailers, L.L.C.** _____,   Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade debt | | | | |
| **QUATTRO DIRECT 1175 LANCASTER AVENUE Berwyn, PA 19312** | - | | | | | | | 15,125.00 |
| Account No. | | | | Trade debt | | | | |
| **Radadvantage APC PO BOX 4542 Carol Stream, IL 60197-4542** | - | | | | | | | 38.00 |
| Account No. | | | | Trade debt | | | | |
| **Reliable Fire Equipment Company 12845 South Cicero Ave. Alsip, IL 60803-3083** | - | | | | | | | 400.00 |
| Account No. | | | | Trade debt | | | | |
| **RPZ Testing Company PO Box 1553 Bridgeview, IL 60455** | - | | | | | | | 460.00 |
| Account No. | | | | Trade debt | | | | |
| **SECRETARY OF STATE 213 State Capitol Springfield, IL 62756** | - | | | | | | | 3,316.00 |

Sheet no. __20__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   | 19,339.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Midwest Direct Mailers, L.L.C.**                                      ,      Case No. _____
                                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt | | | | |
| **Southeast Personnel Leasing, Inc.** **2739 US-19** **Holiday, FL 34691** | - | | | | | | 128,947.51 |
| Account No. | | | | | | | |
| **STAFFMARK**□□ **PO BOX 952386**□□ **Saint Louis, MO 63195** | - | | | | | | **Unknown** |
| Account No. | | | Allowed C11 claim | | | | |
| **STAMAR PACKAGING INC.** **10 NORTH MITCHELL COURT** **Addison, IL 60101** | - | | | | | | 1,114.84 |
| Account No. | | | medical expense | | | | |
| **Suburban Plastic Surgery** **5346 W 95th Street** **Oak Lawn, IL 60453** | - | | | | | | 700.00 |
| Account No. | | | Trade debt | | | | |
| **Suburban Propane** **4010 US Highway 14** **Crystal Lake, IL 60014-8299** | - | | | | | | 941.52 |

Sheet no. __21__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

131,703.87

B6F (Official Form 6F) (12/07) - Cont.

In re   **Midwest Direct Mailers, L.L.C.**                                    ,        Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt | | | | |
| **TECHNICAL PRINTING** **2150 Western Court Suite 400** **Lisle, IL 60532** | - | | | | | | 374.99 |
| Account No. | | | Professional Fees | | | | |
| **The Golding Law Offices, PC** **500 N Dearborn St., Ste. 200** **Chicago, IL 60654** | - | | | | | | **Unknown** |
| Account No. | | | Trade debt | | | | |
| **The State Insurance Fund** **PO Box 5239** **New York, NY 10008-5239** | - | | | | | | 138.95 |
| Account No. | | | lease of real estate | | | | |
| **Top23 - Illinois SS Industrial LLC** **c/o Ginsberg Jacobs LLC** **300 S Wacker Dr., Ste. 2750** **Chicago, IL 60606** | X - | | | | | | 821,167.03 |
| Account No. | | | Trade debt | | | | |
| **Tower Imaging** **14512 Friar Street** **Van Nuys, CA 91411** | - | | | | | | 226.96 |

Sheet no. __22__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **821,907.93**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Midwest Direct Mailers, L.L.C.**                                        ,       Case No. _____
                                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **TPS GROUP** **c/o GEORGE PIETRZYK ESQ** **422 NORTH NORTHWEST HWY** **Park Ridge, IL 60068** | - | | | | | | 416.67 |
| Account No. | | | Trade debt | | | | |
| **Travelers Insurance** **Remittance Center** **PO BOX 660317** **Dallas, TX 75266-0317** | - | | | | | | 4,790.00 |
| Account No. | | | Trade debt | | | | |
| **UniStaff Inc.** **301 East North Avenue** **Northlake, IL 60161** | - | | | | | | 11,522.43 |
| Account No. | | | Allowed C11 claim | | | | |
| **UNITED PROPANE AND ENERGY CO.** **3805 CLEARVIEW COURT** **Gurnee, IL 60031** | - | | | | | | 811.96 |
| Account No. | | | Trade debt | | | | |
| **UPS FREIGHT** **28013 NETWORK PLACE** **IL 60673-1280** | - | | | | | | 106.00 |

Sheet no. __23__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

17,647.06

B6F (Official Form 6F) (12/07) - Cont.

In re    **Midwest Direct Mailers, L.L.C.** _____,    Case No. _____
                                     Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade debt | | | | |
| **Valid USA Inc.** **c/o Golan & Christie LLP (B. Yong)** **70 W. Madison, Ste. 1500** **Chicago, IL 60602** | - | | | | | | X | 131,256.46 |
| Account No. | | | | Trade debt | | | | |
| **Village of Bridgeview** **7500 S OKETO AVENUE** **Bridgeview, IL 60455-1296** | - | | | | | | | 965.00 |
| Account No. | | | | Trade debt | | | | |
| **Whittier Mailing** **13019 Park Street** **Santa Fe Springs, CA 90670-4005** | - | | | | | | | 780.00 |
| Account No. | | | | | | | | |
| **WILLIS OF ILLINOIS INC** **233 SOUTH WACKER DRIVE** **Chicago, IL 60606** | - | | | | | | | Unknown |
| Account No. | | | | Allowed C11 claim | | | | |
| **Wisconsin Lift Truck Co.** **2588 Solutions Center** **Chicago, IL 60677-2005** | - | | | | | | | 427.14 |

Sheet no. __24__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

133,428.60

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Midwest Direct Mailers, L.L.C.** _____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Allowed C11 claim | | | | |
| **WOLF & COMPANY LLP** **2100 CLEARWATER DRIV E** **Oak Brook, IL 60523-1927** | - | | | | | | | 4,435.80 |
| Account No. **xx xx xx0902** | | | | Judgment | | | | |
| **XTRA LEASE LLC** **c/o Robert Hunger** **303 W. Madison St., Ste. 1400** **Chicago, IL 60606** | - | | | | | | | 17,124.68 |
| Account No. | | | | | | | | |
| **ZENITH INSURANCE COMPANY** **4415 Collections Center Drive** **Chicago, IL 60693** | - | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Sheet no. __25__ of __25__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | | Subtotal (Total of this page) | | | 21,560.48 |
| | | | | | Total (Report on Summary of Schedules) | | | 1,729,821.97 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

B6G (Official Form 6G) (12/07)

.

In re   **Midwest Direct Mailers, L.L.C.**                                                    ,        Case No. _____
                                        Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Foresite Realty Mgmt. LLC**<br>**9525 W. Bryn Mawr Ave., Ste. 925**<br>**Des Plaines, IL 60018** | **commercial real estate 8711 S. 77th Ave.**<br>**Bridgeview IL. 60455**<br>**expires 2/28/17** |
| **Foresite Realty Mgmt. LLC**<br>**9525 W. Bryn Mawr Ave., Ste. 925**<br>**Des Plaines, IL 60018** | **commercial real estate lease 7401 S. 78th Ave.,**<br>**Bridgeview, IL 60455**<br>**expires 4/30/14** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re   **Midwest Direct Mailers, L.L.C.**                                    ,   Case No. _____

                                          Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Richard M. Carosella**<br>**747 E. Boughton Road, Suite 319**<br>**Bolingbrook, IL 60440** | **Old National Bank**<br>**21 SE 3rd St.**<br>**Evansville, IN 47708** |
| **Richard M. Carosella**<br>**747 E. Boughton Road, Suite 319**<br>**Bolingbrook, IL 60440** | **POLYWERKS**<br>**ESPOSITO & STAUBUS**<br>**7055 VETERANS BLVD UNIT B**<br>**BURR RIDGE, IL 60527** |
| **Richard M. Carosella**<br>**747 E. Boughton Road, Suite 319**<br>**Bolingbrook, IL 60440** | **Marketing Card Technology LLC**<br>**c/o Tristan & Cervantes**<br>**30 W Monroe St., Ste. 630**<br>**Chicago, IL 60603** |
| **Richard M. Carosella**<br>**747 E. Boughton Road, Suite 319**<br>**Bolingbrook, IL 60440** | **Top23 - Illinois SS Industrial LLC**<br>**c/o Ginsberg Jacobs LLC**<br>**300 S Wacker Dr., Ste. 2750**<br>**Chicago, IL 60606** |
| **RMC Managment Co.**<br>**747 E. Boughton Road, Suite 319**<br>**Bolingbrook, IL 60440** | **Marketing Card Technology LLC**<br>**c/o Tristan & Cervantes**<br>**30 W Monroe St., Ste. 630**<br>**Chicago, IL 60603** |

**0**

____ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re  **Midwest Direct Mailers, L.L.C.**

Debtor(s)

Case No. _____

Chapter  **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of RMC Management Co., managing member of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**81**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **May  8, 2015**_____

Signature  **/s/ Richard M. Carosella for RMC Management Co.**_____
          **Richard M. Carosella for RMC Management Co.**
          **President of RMC Management Co., managing member**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Midwest Direct Mailers, L.L.C.**                             Case No.                       

                                      Debtor(s)                      Chapter      **7**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None   ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$0.00** | **2015 no income, company did not operate** |
| **$6,345,715.88** | **2014** |
| **$15,812,193.02** | **2013** |

---

**2. Income other than from employment or operation of business**

None   ■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

               AMOUNT                              SOURCE

B7 (Official Form 7) (04/13)
2

### 3. Payments to creditors

**None**
■

*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**None**
■

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

**None**
■

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

**None**
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Valid USA Inc. v Midwest Direct Mailers LLC** | **Contract** | **CCCC law division** | **Pending** |
| **Polywerks Mailings Services, Inc. v MDM 9 L 772** | **Contract** | **CCCC** | **Judgment** |
| **Top23 - Illinois SS Industrial LLC v MDM 14 L 8875** | **forcible entry and detainer** | **CCCC** | **Pending** |
| **Donald Shapiro, Receiver v MDM 14 M5 530** | **forcible entry and detainer** | **CCCC 5th Dist** | **Judgment** |
| **Old National Bank NA v MDM 14 L 8124** | **Collection** | **CCCC** | **Judgment** |
| **Anita Garcia, Sandra Garcia, Maria Polanco and Dominga Flores v MDM 14 CV 8034** | **Civil** | **ILND** | **Pending** |
| **XTRA Lease LLC v MDM 14 M1 500902** | | **CCCC** | **Judgment** |

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B7 (Official Form 7) (04/13)
3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Morales v MDM 14-001939** | **wage claim** | **Illinois Dept. of Labor** | **Pending** |
| **Woodward v MDM 14-002059** | **wage claim** | **Illinois Dept. of Labor** | **Pending** |
| **Scalf v MDM 14-003579** | **wage claim** | **Illinois Dept. of Labor** | **Pending** |

None
■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None
☐    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Franklin Capital Holdings LLC 600 Central Ave., Ste. 212 Highland Park, IL 60035** | **11/14/14** | **See attached list of equipment.** **$1,298,265.60** **11/14/14** |

**6. Assignments and receiverships**

None
■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None
■    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

B7 (Official Form 7) (04/13)

4

**8. Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **The Golding Law Offices, P.C.** <br> **500 North Dearborn Street** <br> **Second Floor** <br> **Chicago, IL 60610-4900** | | **$5,000.00** |

**10. Other transfers**

None
☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Franklin Capital Holdings LLC** | | **11/14/14** <br><br> **transaction also listed under repossessions** <br><br> **also ordinary course transfers of receivables pursuant to factoring agreement ceasing as of June 3, 2014.  May 1, 2014 - June 2, 2014 total $873,460.00** |

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

B7 (Official Form 7) (04/13)
5

## 11.  Closed financial accounts

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |
| **MB Financial Bank**<br>**475 E. 162nd St.**<br>**South Holland, IL 60473** | **checking xx1619 - $0.00**<br>**checking xx1341 - $0.00** | **June 2014** |

## 12.  Safe deposit boxes

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

## 13.  Setoffs

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

## 14.  Property held for another person

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

## 15.  Prior address of debtor

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |
| **8711 S. 77th Avenue, Bridgeview, IL 60455** | **Midwest Direct Mailers, LLC** | |

## 16.  Spouses and Former Spouses

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

B7 (Official Form 7) (04/13)
6

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■   a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
■   a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
■   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

B7 (Official Form 7) (04/13)
7

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None  
☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Michael LeVert**<br>**20 N Wacker Drive, Ste. 2250**<br>**Chicago, IL 60606** | **12/20/11-5/31/14** |

None  
☐    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **Frank L. Sassetti & Co.** | **6611 W. North Ave**<br>**Oak Park, IL 60302** | **2009/2010** |

None  
☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Richard M. Carosella** | **747 E. Boughton Road, Suite 319**<br>**Bolingbrook, IL 60440** |

None  
■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

---

**20. Inventories**

None  
■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None  
■    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

---

**21 . Current Partners, Officers, Directors and Shareholders**

None  
■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

B7 (Official Form 7) (04/13)
8

None
☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Richard M. Caroslla**<br>**747 E. Boughton Road, Suite 319**<br>**Bolingbrook, IL 60440** | **member** | **99%** |
| **RMC Management Co.**<br>**747 E. Boughton Road, Suite 319**<br>**Bolingbrook, IL 60440** | **managing member** | **1%** |

---

**22 . Former partners, officers, directors and shareholders**

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**24. Tax Consolidation Group.**

None
■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

---

**25. Pension Funds.**

None
■    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

* * * * * *

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

B7 (Official Form 7) (04/13)
9

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.


Date  **May  8, 2015**                    Signature   **/s/ Richard M. Carosella for RMC Management Co.**
                                                      **Richard M. Carosella for RMC Management Co.**
                                                      **President of RMC Management Co., managing member**


[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]


*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

| No. | Quantity | Description |
|---|---|---|
| 1 | 4 | #F-1-2-3-4 - Sure-Feed Engineering 6" x 9" 6-Station Inserting/Sealing Machines Model Flowmaster 12000, S/N N/A (New 2001), with Envelope Infeed Conveyor, Envelope Inserter, Belt Turnover Unit, 9'L Endless Belt Discharge Table @ $_____ ea. |
| 2 | 2 | #F-13-14 - Sure-Feed Engineering 9" x 12" Max. Universal 6-Station Inserting/Sealing Machines Model Flowmaster 12000 XL, S/Ns N/A (New 2001) @ $_____ ea. |
| 3 | 1 | Samuel Semi-Automatic Strapping Machine Model P-940, S/N 0024418 (New 2005) |
| 4 | 1 | Quincy 125 HP Rotary Screw Air Compressor Model QSF50-125, S/N N/A |
| 5 | 1 | Premier 1 HP Compressed Air Dryer Model PRA500A5, S/N 18447 |
| 6 | 2 | Saylor-Beall Vertical Tanks @ $_____ ea. |
| 7 | 1 | #F-5 - Sure-Feed Engineering 9" x 12" Max. Universal 9-Station Inserting/Sealing Machine Model Flowmaster 12000 XL, S/N N/A (New 2001), with Envelope Infeed Conveyor, Envelope Inserter, Belt Turnover Unit, 9'L Endless Belt Discharge Table |
| 8 | 1 | #F-6 - Sure-Feed Engineering 9" x 12" Max. Universal 9-Station Inserting/Sealing Machine Model Flowmaster 12000 XL, S/N N/A (New 2001), with Envelope Infeed Conveyor, Envelope Inserter, Belt Turnover Unit, 9'L Endless Belt Discharge Table |
| 9 | 1 | #F-7 - Sure-Feed Engineering 9" x 12" Max. Universal 9-Station Inserting/Sealing Machine Model Flowmaster 12000 XL, S/N N/A (New 2001), with Envelope Infeed Conveyor, Envelope Inserter, Belt Turnover Unit, 9'L Endless Belt Discharge Table |
| 10 | 1 | #F-8 - Sure-Feed Engineering 9" x 12" Max. Universal 9-Station Inserting/Sealing Machine Model Flowmaster 12000 XL, S/N N/A (New 2001), with Envelope Infeed Conveyor, Envelope Inserter, Belt Turnover Unit, 9'L Endless Belt Discharge Table |
| 11 | 1 | #F-9 - Sure-Feed Engineering 9" x 12" Max. Universal 9-Station Inserting/Sealing Machine Model Flowmaster 12000 XL, S/N N/A (New 2001), with Envelope Infeed Conveyor, Envelope Inserter, Belt Turnover Unit, 9'L Endless Belt Discharge Table |
| 12 | 1 | #F-10 - Sure-Feed Engineering 9" x 12" Max. Universal 9-Station Inserting/Sealing Machine Model Flowmaster 12000 XL, S/N N/A (New 2001), with Envelope Infeed Conveyor, Envelope Inserter, Belt Turnover Unit, 9'L Endless Belt Discharge Table |
| 13 | 1 | #F-15 - Sure-Feed Engineering 9" x 12" Max. Universal 9-Station Inserting/Sealing Machine Model Flowmaster 12000 XL, S/N N/A (New 2001), with Envelope Infeed Conveyor, Envelope Inserter, Belt Turnover Unit, 9'L Endless Belt Discharge Table |

| | | |
|---|---|---|
| 14 | 1 | #F-16 - Pitney Bowes (Sure-Feed Engineering) 9" x 12" Max. Universal 9-Station Inserting/Sealing Machine Model Flowmaster 12000 XL, S/N 050002 (New 2005), with Envelope Infeed Conveyor, Envelope Inserter, Belt Turnover Unit, 9'L Endless Belt Discharge Table |
| 15 | 1 | #F-17 - Pitney Bowes (Sure-Feed Engineering) 9" x 12" Max. Universal 9-Station Inserting/Sealing Machine Model Flowmaster 12000 XL, S/N 050003 (New 2005), with Envelope Infeed Conveyor, Envelope Inserter, Belt Turnover Unit, 9'L Endless Belt Discharge Table |
| 16 | 1 | #F-18 - Sure-Feed 9" x 12" Max. Universal 9-Station Inserting/Sealing Machine Model Flowmaster 12000 XL, S/N N/A (New 2001), with Envelope Infeed Conveyor, Envelope Inserter, Belt Turnover Unit, 9'L Endless Belt Discharge Table |
| 17 | 1 | #F-19 - Pitney Bowes (Sure-Feed Engineering) 9" x 12" Max. Universal 9-Station Inserting/Sealing Machine Model Flowmaster 12000 XL (New 2001), with Envelope Infeed Conveyor, Envelope Inserter, Belt Turnover Unit, 9'L Endless Belt Discharge Table |
| 18 | 1 | #F-20 - Pitney Bowes (Sure-Feed Engineering) 9" x 12" Max. Universal 9-Station Inserting/Sealing Machine Model Flowmaster 12000 XL, S/N 050S004 (New 2005), with Envelope Infeed Conveyor, Envelope Inserter, Belt Turnover Unit, 9'L Endless Belt Discharge Table (DSS Building) |
| 19 | 1 | Samuel Semi-Automatic Strapping Machine Model P-940, S/N 0012651 (New 2001) |
| 20 | 1 | Samuel Semi-Automatic Strapping Machine Model P-940, S/N 0012628 (New 2001) |
| 21 | 1 | Samuel Semi-Automatic Strapping Machine Model P-940, S/N 0012630 (New 2001) |
| 22 | 1 | Samuel Semi-Automatic Strapping Machine, S/N N/A |
| 23 | Lot | Addressing Line HP-2, consisting of:<br>• Pitney Bowes Model Feedmax-S 6'L Mail Inserting Conveyor, S/N N/A<br>• Kirk Rudy Model 219 Vacuum Extended Labeling Base, S/N 999 387, with 20"W Extension<br>• MCS Digital Inkjet Addressing System, with Portable Cart,<br>(2) Personal Computers, Array Technologies Digital Inkjet Printing Unit,<br>(2) Acer LCD Monitors, Keyboard,<br>(1) MCS Model Array Digital Inkjet Printing Head<br>• Manufacturer Unknown 2'W x 4'L Vacuum Addressing Table, S/N N/A, with Vacuum Pump<br>• Manufacturer Unknown 5'L Endless Belt Discharge Table |
| 24 | 1 | Label Aire Pressure Sensitive Labeler Model 2111ST, S/N 6-20099400, with 6'H T-Mast |
| 25 | 1 | CTM Series 360 Pressure Sensitive Labeler, S/N 360-2191-0403, with CTM Series 360 Digital Control Unit, 6'H T-Mast |
| 26 | 1 | #L-1 - Kirk Rudy Extended Vacuum Labeling Base Model 215V, S/N 700-5435, with Shuttle Feed, 20" Extension, 5'L Endless Belt Discharge Table |
| 27 | 1 | Label Aire Pressure Sensitive Labeler Model 2111, S/N N/A, with 6'H T-Mast |

| # | Qty | Description |
|---|---|---|
| 28 | 1 | #L-2 - Kirk Rudy Labeling Base Model 219, S/N N/A, with 20" Extension, Vacuum Hold Down |
| 29 | 1 | Manufacturer Unknown 20"W Portable Turn Bar Unit |
| 30 | 1 | Label Aire Pressure Sensitive Labeler Model 2111-M, S/N 6-10949301, with 6'H T-Mast |
| 31 | 1 | Label Aire Pressure Sensitive Labeler Model 2111-CD, S/N N/A, with 6'H T-Mast |
| 32 | 1 | CTM Series 360 Pressure Sensitive Labeler, S/N 360-2193-0403, with CTM Series 360 Digital Control Unit, 6'H T-Mast |
| 39 | Lot | Misc. Contents of Maintenance Cage consisting of: Hand Tools, Power Tools, Parts Bin, Machinery Under Repair, etc. |
| 40 | 1 | #L-3 - Kirk Rudy Extended Vacuum Addressing Base Model 215V, S/N 600-5398, with Shuttle Feed, 20" Extension, 7'L Endless Belt Discharge Table |
| 41 | 1 | Label Aire Pressure Sensitive Labeler Model 2111, S/N 6-107928906, with 6'H T-Mast |
| 42 | 1 | #L-4 - Kirk Rudy Extended Vacuum Labeling Base Model 215V, S/N 1005270, with Shuttle Feed, Vacuum Hold Down, 20" Extension, 7'L Endless Belt Discharge Table |
| 43 | 1 | Label Aire Pressure Sensitive Labeler Model 2111-CD, S/N 020058009, with 6'H T-Mast |
| 44 | 1 | Pitney Bowes Mail Feed Conveyor Model Feedmax, S/N N/A |
| 45 | 1 | #L-5 - Kirk Rudy Extended Vacuum Labeling Base Model 215V, S/N 7005434, with Shuttle Feed, Vacuum Hold Down, 20" Extension, 7'L Endless Belt Discharge Table |
| 46 | 1 | Label Aire Pressure Sensitive Labeler Model 2111-M, S/N 6-108128905, with 6'H T-Mast |
| 47 | 1 | Pitney Bowes (Sure-Feed Engineering) Product Attacher Model AT2, S/N 0712185 (New 2007), with Vacuum Hold Down, 6'L Endless Belt Discharge Table, Nordson Model Durablue 4 Hot Melt Glue Unit (S/N AN07K06062) |
| 48 | 1 | Label Aire Pressure Sensitive Labeler Model 2111, S/N N/A, with 6'H T-Mast |
| 49 | 1 | Kirk Rudy Extended Vacuum Labeling Base Model 215V, S/N 100 5271, with Vacuum Feed, Vacuum Hold Down, 20" Extension, 6'L Endless Belt Discharge Table |
| 50 | 1 | Label Aire Pressure Sensitive Labeler Model 2111, S/N N/A, with 6'H T-Mast |
| 51 | 1 | #G-6 - Gavehren Attacher Model Modular 912, S/N PM36 (New 2005), Siemens Simatic Digital Control Unit, Vacuum Hold Down, Shuttle Feed Unit |
| 52 | 1 | #G-4 - Gavehren Attacher Model Modular 912, S/N PM38 (New 2005), Siemens Simatic Digital Control Unit, Vacuum Hold Down, Shuttle Feed Unit |
| 53 | 1 | #G-4 - Gavehren Attacher Model Modular 912, S/N PM37 (New 2005), Siemens Simatic Digital Control Unit, Vacuum Hold Down, Shuttle Feed Unit |
| 55 | 1 | #G-5 - Gavehren Attacher, S/N 49 (New 1991), with Vacuum Hold Down, Shuttle Feed, Coin Attaching Head, Shuttle Feed |
| 57 | 2 | Nordson Series 3400V Hot Melt Gluers, S/Ns N/A, with Nordson Model Vista Digital Control, with Glue @ $_____ ea. |
| 64 | 1 | Samuel Semi-Automatic Strapping Machine Model P-40, S/N 0012508 (New 2000) |
| 65 | 1 | Mosca Type RO-M Semi-Automatic Strapping Machine, S/N 44220 (New 1996) |

| | | |
|---|---|---|
| 69 | 2 | MGS Machine Corp. 1-Across Rotary CD Pick-n-Place Machines, S/Ns N/A, w/ Vacuum Pump, Custom Designed & Fabricated 15'L Thru Feed Conveyor @ $_____ ea. |
| 70 | 2 | Kirk Rudy Plow Fold Bases Model 219 RSF, S/Ns 05110921, 05120928 @ $_____ ea. |
| 71 | 2 | Kirk Rudy Interface Conveyors Model 415, S/Ns 0704242, 301136, with Variable Speed Drive (not in service) @ $_____ ea. |
| 72 | 1 | Kirk Rudy Tabber Model 527, S/N 6971095 |
| 73 | 1 | Kirk Rudy Tabber Model 535-CS, S/N 304866 |
| 74 | 2 | Multi Feeder Technology Universal Friction Feeders Model MFT350, S/Ns 9934-01467, 9934-01461 (New 1999), with Multi Feeder Technologies Model SR1000-250 Portable Floor Stands (S/Ns 9946-01505, 9946-01506, New 1999) @ $_____ ea. |
| 75 | 1 | Kirk Rudy Extended Vacuum Labeling Base Model 219, S/N N/A, with 20" Extension, Research Inc. Model 4540 Infrared Dryer Unit |
| 76 | 2 | Kirk Rudy Extended Vacuum Labeling Bases Model 219, S/Ns N/A, with 20" Extension, Array Technologies Digital Inkjet Printing System, with Personal Computer, UPS, Hewlett Packard LCD Monitor, Keyboard, (2) MCS Array Digital Inkjet Printing Heads @ $_____ ea. |
| 77 | Lot | RSI Digital Inkjet Printing System consisting of:<br>• MCS 915V3 Print Station Pro 600 Inkjet Addressing Base, S/N A-25584<br>• Array Technologies Model AT2500-MOD-04 Digital Inkjet Printing System, with Personal Computer, UPS, LCD Monitor, Keyboard<br>• Research Inc. Model 4540 Infrared Dryer |
| 78 | 1 | CTM Series 360 Pressure Sensitive Labeler, S/N 360-289-0403, with CTM Series 360 Digital Control, 6'H T-Mast |
| 79 | 1 | CTM Series 360 Pressure Sensitive Labeler, S/N 360-2190-0403, with CTM Series 360 Digital Control, 6'H T-Mast |
| 80 | 2 | Baumfolder Series Liberty-26 8-Page Right Angle Sections Model 26x26 4PL, with Split Guide (not in service) @ $_____ ea. |
| 81 | 1 | Baumfolder Series Liberty 16-Page Right Angle Section Model 926-16PG-4PL, with Split Guide (not in service) |
| 82 | 1 | Standard Register Form Slitter, S/N N/A (not in service) |
| 85 | 1 | Standard Register Form Slitter Model 300 (not in service) |
| 86 | 2 | ESP Roll Rewinders Model ESP300 (not in service) @ $_____ ea. |
| 87 | 1 | Manufacturer Unknown 20"W Portable L-Turn Bar (not in service) |
| 88 | 1 | Custom Built 24"W x 84"L Pinwheel Fed Forms Labeling Table, with (2) Label Aire Model 211CD-1250 Pressure Sensitive Labelers (S/Ns 0214880108, 0214900108), Trailer |

| | | |
|---|---|---|
| 89 | Lot | Heidelberg Stahlfolder Series Stahl20 20" x 26" 16-Page Folding Line consisting of:<br>• Heidelberg Model 1220E-4-P-3 Parallel Section, S/N 120NJ0119, with Vacuum Pile Feeder, Stahl Model DCT500 Digital Controls, Heidelberg Type ACC 2.4 Digital Batch Counter<br>• Heidelberg Model 1220E-4-8PG-2 8-Page Right Angle Section, S/N 121NG0076, with Slit Guide<br>• Heidelberg Model 1220F-3-16PG-2 16-Page Right Angle Section, S/N 1220CO01, with Slit Guides |
| 90 | Lot | Heidelberg Stahlfolder Series Stahl20 20" x 26" 16-Page Folding Line consisting of:<br>• Heidelberg Model 1220E-4-P-3 Parallel Section, S/N 120NU0122, with Vacuum Pile Feeder, Stahl Model DCT500 Digital Controls, Heidelberg Type ACC 2.4 Digital Batch Counter<br>• Heidelberg Model 1220E-4-8PG-2 8-Page Right Angle Section, S/N 121NI0093, with Slit Guide<br>• Heidelberg Model 1220F-3-16PG-2 16-Page Right Angle Section, S/N 1220CO02, with Slit Guides |
| 91 | 1 | Custom Built 18"W x 24"L Forms Transfer Unit, with Baldor Variable Speed Drive |
| 92 | 6 | Markwith Tool Co. 25"W Variable Change Gear Style Forms Sheeters, S/Ns 4086, 4108, 4107, (3) N/A @ $_____ ea. |
| 93 | 3 | Custom Built 24"W x 40' Dia. Power Driven Roll Unwind Stands@ $_____ ea. |
| 94 | 4 | ESP Roll Unwinders Model ESP400, S/Ns 4001827, 4001463, 4001462, 4001830 @ $_____ ea. |
| 95 | 1 | #BF-5 - Baumfolder Series Liberty 26 Parallel Section Model 26x40 4PL, with Baumfolder Liberty Series 8-Page Right Angle Section, Baumfolder Series L-26-B 20" x 26" 4PL 16-Page Right Angle Section |
| 96 | 1 | #BF-4 - Stahl Type TF 56/444-RF Parallel Section, S/N 30139-121049, with Stahl "Total Count" Digital Batch Counter, Stahl Type 2 TF56.3/4 8-Page Right Angle Section, S/N 48847-218077, with Split Guides, Stahl Series 1400 Model 1424A-4-16P-3 16-Page Right Angle Section, S/N 153MA002, Stahl Series 1400 Model 1425A-RS Motorized Shingle Stacker, S/N 144LL0149 |
| 97 | 1 | Label Aire Pressure Sensitive Labeler Model 211CD, S/N 0183209909, with 6'H T-Mast |
| 98 | 3 | Standard Register Mergers Model 300 @ $_____ ea. |
| 99 | 1 | Standard Register Forms Slitter Model 300, S/N N/A |

| Item | Qty | Description |
|---|---|---|
| 100 | Lot | #BF-6<br>Baumfolder Liberty Series 26" x 40' 16-Page Folding Line consisting of:<br>• Baumfolder Series L-26-B Model 26x40 4PL Parallel Burster Section, S/N BJ3-051<br>• Baumfolder Series L-26-B Model 26x26 4PL 8PG 8-Page Right Angle Section, S/N BA5-144, with Slit Guides<br>• Baumfolder Series L-26-B Model 20x26 4PL 16PG RA 16-Page Right Angle Section, S/N DK4-043, with Slit Guides<br>• Baumfolder Series L-26-B Model 20x40 Shingle Stacker, S/N BI5-135<br>• Baumfolder Double Gate Fold Attachment |
| 101 | 1 | Baumfolder Series Liberty 26-B Right Angle Section Model 4RA 26x26, S/N AC4155, with Slit Guides |
| 102 | 1 | Label Aire Pressure Sensitive Labeler Model 2111-M, S/N 6-121829101, with 6'H T-Mast |
| 104 | Lot | Baumfolder Series Liberty 23" x 36" 16-Page Folding Line consisting of:<br>• Baumfolder Series L-23-B Model 23x36 4PR Parallel Section, S/N BB1-001<br>• Baumfolder Series L-26-B Model 26x26 4PL 8P/RA 8-Page Right Angle Section, S/N CB4-159, with Slit Guides<br>• Baumfolder Series L-26-B Model 26x26 4PL 16P-RA 16-Page Right Angle Section, S/N BL3-130, with Slit Guides<br>• Baumfolder Series L-26 Model 26x40 Motorized Shingle Stacker, S/N BC3-142<br>• Baumfolder Double Gate Fold Attachment<br>(not in service?) |
| 105 | 1 | Baumfolder Series L-26 Parallel Section Model 26x40 4P PAR, S/N BD4-122, with Baumfolder Series L-26-B Model 26x40 Shingle Stacker, S/N CC3-122 |
| 106 | 1 | Mark Industries 1000 lb. Mobile Electric Scissor Lift Model AC25, S/N 885-11466 (not in service - trailer?) |
| 107 | Lot | Misc. Contents of Production Area consisting of: Misc. Folding Plates, Computers, Tape Shooters, Work Tables, Shelving, etc. |
| 110 | 2 | OCE Continuous Forms Laser Printers Model Pagestream 932, S/Ns 48313, 48314, with TCPI Connectivity (refurbished in 2011 & not yet installed) @ $_____ ea. |
| 112 | 2 | ESP Roll Unwind Stands Model ESP400, S/Ns 40019028, N/A (refurbished in 2011) @ $_____ ea. |
| 113 | 2 | ESP Roll Rewinders Model ESP300, S/Ns 3001002, N/A (refurbished in 2011) @ $_____ ea. |
| 114 | 2 | #L-3 - OCE Continuous Forms Laser Printers Model Pagestream 466, S/Ns 48908, 48870 @ $_____ ea. |
| 115 | 1 | Stralfors Roll Unwind Stand Model Lasermax UW 52, S/N N/A |
| 116 | 1 | ESP Roll Rewinder Model ESP300, S/N 3001001 (refurbished in 2011) |
| 118 | 1 | #L-2 - OCE Continuous Forms Laser Printer Model Pagestream 466, S/N 46558 |
| 119 | 1 | ESP Roll Unwind Stand Model ESP400, S/N 40017718 (refurbished in 2011) |
| 120 | 1 | ESP Roll Rewinder Model ESP300, S/N 3001000 (refurbished in 2011) |
| 121 | 1 | #L-1 - OCE Continuous Forms Laser Printer Model Pagestream 466, S/N 46571 |

| | | |
|---|---|---|
| 122 | 1 | ESP Roll Unwind Stand Model ESP400, S/N 4001801 (refurbished in 2011) |
| 123 | 1 | Stralfors Roll Rewinder Model Lasermax RW102, S/N N/A |
| 124 | 1 | OCE 20"W Portable L-Turn Bar |
| 125 | 3 | ESP Electric/Hydraulic Roll Lift/Transport Carts Model ESP12, S/Ns 012536, 0121474, N/A @ $_____ ea. |
| 126 | 1 | OCE Continuous Forms Laser Printer Model Variostream, S/N N/A (not in service) |
| 127 | Lot | Quincy 30 HP Rotary Screw Air Compressor Model QMT30ACA318F, S/N 87409, Premier Model PRA15085 Compressed Air Dryer, S/N 170676-M301, Vertical Air Receiving Tank (DSS Building) |
| 128 | Lot | Sullair 30 HP Rotary Screw Air Compressor Model 8E3OH 230V, S/N 003-91861, with Floor Stand, Horizontal Air Receiving Tank |
| 129 | 204 | Sections 9'W x 42"D x 15'H Heavy Duty Adjustable Pallet Racking, with 2 & 3 Tiers per Section @ $_____ per section |
| 130 | 1 | Halton Packaging Systems Automatic Pallet Wrapper Model EL600, S/N 22745 |
| 131 | Lot | Office Furniture, Fixtures & Business Machines consisting of: Desks, Chairs, Filing Cabinets, Conference Room Table with Chairs, Various Personal Computers, etc. |
| 132 | 2 | #B-1, B-2 - Buhrs 28-Station Inserting/Sealing Machines Model BB300, Fabrication #800092, 800094 (New 2002), with Siemens Model Simatic Digital Touch Screen Control Panel, Muller Model 6686C Shuttle Feed Unit, Muller Model 6815C Transport Unit, Muller Model 6896C Infeed Unit, Selective Inserting Capability @ $_____ ea. |
| 134 | 1 | Yale 4750 lb. LP Forklift Truck Model GLC050TGNUAE084, S/N E187V17247Y (New 1984), with Operator Safety Cage, 3-Stage Mast, Side Shifter (not in service, for parts - trailer?) |
| 135 | 1 | Linde 5000 lb. LP Forklift Truck Model H25CT-600, S/N H2X392R02606 (New 2004), with Operator Safety Cage, 2-Stage Mast, Side Shifter (not in service, for parts - trailer?) |
| 136 | 1 | Komatsu 4480 lb. LP Forklift Truck Model FG25ST-12, S/N 561088A (New 1999), with Operator Safety Cage, 3-Stage Mast, Side Shifter (not in service, for parts - trailer?) |
| 137 | 1 | Caterpillar 4350 lb. LP Forklift Truck, S/N AT82D00968/815454, with Operator Safety Cage, 3-Stage Mast, Side Shifter |
| 138 | 1 | Mitsubishi 4350 lb. LP Forklift Truck Model FGC25K, S/N AF82D02864 (New 2003), with Operator Safety Cage, 3-Stage Mast, Side Shifter (not in service, for parts - trailer?) |
| 139 | 1 | Crown Series 6000 TSP 4900 lb. Narrow Aisle Electric Wire Guided Forklift Truck, S/N 1A295244 (New 2005), with 193" Lift Capacity, Swinging Forks (out for repair) |
| 140 | 1 | Crown Series 6000 TSP 4900 lb. Narrow Aisle Electric Wire Guided Forklift Truck, S/N 1A293868 (New 2005), with 193" Lift Capacity, Swinging Forks |
| 141 | 1 | Selco Hydraulic Down Acting Baler Model VS-HD, S/N 030067209 |
| 142 | 1 | Selco Hydraulic Down Acting Baler Model VS-HD, S/N 109866365 |
| 143 | 1 | Caterpillar 4350 lb. LP Forklift Truck Model GC25K, S/N AT82D009687B15454, with Operator Safety Cage, 3-Stage Mast, Side Shifter |

| | | |
|---|---|---|
| 156 | 1 | #F-21 - Pitney Bowes (Sure-Feed Engineering) 9" x 12" Max. Universal 6-Station Inserting/Sealing Machine Model Flowmaster 12000 XL, with Envelope Infeed Conveyor, Envelope Inserter, Belt Turnover Unit, 9'L Endless Belt Discharge Table |
| 157 | Lot | Trailer Load of Strappers & Labelers |
| 158 | 1 | Stralfors Rewinder Model RW102 |
| 159 | 3 | Roll System Unwinders Model 800, S/Ns 172, (2) N/A @ $_____ ea. |
| 160 | 1 | Eagle Vertical Tank Mounted Air Compressor |

# United States Bankruptcy Court
### Northern District of Illinois

In re __Midwest Direct Mailers, L.L.C.__                    Case No.

                                 Debtor(s)            Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **5,000.00** |
| Prior to the filing of this statement I have received | $ | **5,000.00** |
| Balance Due | $ | **0.00** |

2.   The source of the compensation paid to me was:

    ☐ Debtor    ■ Other (specify):    **RMC Management Co., managing member**

3.   The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   __May  8, 2015__                /s/ Richard N. Golding

                                              **Richard N. Golding 0992100**
                                            **The Golding Law Offices, P.C.**
                                            **500 North Dearborn Street**
                                            **Second Floor**
                                            **Chicago, IL 60610-4900**
                                            **(312) 832-7885  Fax: (312) 755-5720**
                                            **RGOLDING@GOLDINGLAW.NET**

## ATTORNEY-CLIENT CONTRACT FOR CHAPTER 7 BANKRUPTCY

The undersigned, Midwest Direct Mailers, LLC, hereby retains the services of and employs The Golding Law Offices, P.C., in a case to be commenced under Chapter 7 of the United States Bankruptcy Code.

The legal services to be rendered are as follows: (1) preparation and filing of the petition, Statement of Financial Affairs; Schedules and other related documents as may be required in relation to your case; Statement of Intention, (2) attendance at all meetings of creditors in the bankruptcy case; (3) negotiation, preparation and filing to redeem any property, if applicable; attendance at any hearing on the valuation of property; attendance at any hearing on a motion to dismiss your case under § 707(b) ; handle communications with creditors during the pendnacy of your case regarding claims with creditors may have against you (but not including the preparation and filing of claims' objections unless we agree upon that separately.

It is possible that the trustee assigned to your case, the U.S. Trustee, or any creditor may file a motion seeking dismissal of your case. If that happens, We will appear on your behalf at the that hearing, however, because the law is still being settled in that area of the Bankruptcy Code, that we can promise you that the outcome of such a hearing will be in your favor, although we will use every reasonable argument and evidence to achieve that result.

It is also possible that a creditor, the trustee or the U.S. Trustee may initiate a lawsuit against you to deny your discharge, or to determine dischargability of any debt. At this time, that is excluded from the services described in this agreement. If we were to agree to represent you in such a case now, we would have to charge you for those services, and if no such case were filed, we would have to refund that portion of the fee- but not to you, as the same would become property of the bankruptcy estate. If such a suit is filed, we will agree to retention of services and fees and costs at that time. Of course, you would be under no obligation to retain my services or the services of my firm for that work, or to pay us for its possibility.

In consideration of the legal services to be rendered by The Golding Law Offices, P.C., the undersigned agrees to pay the Golding Law Offices, P.C. prior to the Chapter 7 case being filed, the sum of $5,000.00 in cash or by cashier's check, including the filing fee of $335.00. The undersigned has discussed with The Golding Law Offices, P.C. the restrictions on compensation as set forth in the Bankruptcy Code and understands that said representation which occurs subsequent to the commencement of the bankruptcy case may not by law be included in or charged against the monies paid to the Attorney prior to the Petition, and that such services described above and subject to this agreement which occur after the petition which are billed separately will be billed at the rate of $300.00 per hour for Jonathan D. Golding and $420.00 per hour for Richard N. Golding. Post-petition charges for legal services may be paid only from monies which are not property of the estate or are earned by the undersigned after the date upon which the bankruptcy petition is filed.

It is further understood and agreed by the undersigned that he has not retained the services of The Golding Law Offices, P.C., at this time, to represent the undersigned in any adversary proceeding, contested matter or lawsuit which may be presently pending, or which may be commenced after the date of this agreement. Should the undersigned request such representation in any adversary proceeding, contested matter or lawsuit, the undersigned understands that such legal services will be in addition to those described above and will be billed to the undersigned at the rates described above.

The undersigned further understands that the representation described in this agreement does not in any way guarantee or represent to the undersigned that a discharge in bankruptcy will be obtained by the undersigned, or that all debts from which discharge can be sought will be included in any such discharge.

Signed and Agreed to this 8th day of May, 2015.

Richard M. Carosella
President
RMC Management Co.
Managing Member
Midwest Direct Mailers LLC

Jonathan D. Golding
The Golding Law Offices, P.C.

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Midwest Direct Mailers, L.L.C.** _____   Case No. _____

_____   Chapter   **7** _____

Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____   **349**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **May  8, 2015** _____   **/s/ Richard M. Carosella for RMC Management Co.** _____

**Richard M. Carosella for RMC Management Co./President of RMC Management Co., managing member**

Signer/Title

Aaron Cisneros
1612 S 50th Ave
Cicero, IL 60804


ABILITY PLUMBING & SEWERAGE
5609 79TH STREET
Burbank, IL 60459


Abraham Robledo
3901 W 84th Place
Chicago, IL 60652


Accountemps
12400 COLLECTIONS CENTER DRIVE
Chicago, IL 60693


ACMC Physician Services
75 Remittance Dr., Ste 6010
Chicago, IL 60675


ACUITY
2800 SOUTH TAYLOR DRIVE
Sheboygan, WI 53081


Adrian Juarez
2206 S 50th Ave 3rd Flr
Cicero, IL 60804


Adriana Diaz
3426 W 61st Place
Chicago, IL 60629


Adriana Hernandez
5801 S Washtenaw 1
Chicago, IL 60629


Advocate Medical Center
75 Remittance Dr Suite 1019
Chicago, IL 60675


AERO RUBBER CO, INC
8100 WEST 185TH ST
Tinley Park, IL 60487

AFFILIATED CONTROL EQUIPMENT
640 WHEAT LANE
Wood Dale, IL 60191


Affordable Fire Protection
2426 Rose Street
Franklin Park, IL 60131


Alberto Serna
3535 W 61th Place
Chicago, IL 60629


Alejandro Hernandez
6356 S Lavergne
Chicago, IL 60638


Alejandro Lozano
4839 S Wolcott□□
Chicago, IL 60609


Alejandro Palato
2142 W 22nd Place
Chicago, IL 60608


Alfredo Melendez
4335 S Wolcott Ave□□
Chicago, IL 60609


Alicia Duran
3804 W 76th Place
Chicago, IL 60625


Alicia Tokarski
11029 S Parkside Ave
New Lenox, IL 60451


Alicia Zagal
2813 Central Park
Chicago, IL 60623


Alma Hernandez
4038 W 57th Place□□
Chicago, IL 60629

Alma Morena
3058 S Trumbull
Chicago, IL 60623


Ana Alvarez
1638 S 50th Ave
Cicero, IL 60804


Ana Cervantes
1305 S 58th Ave
Cicero, IL 60804


Ana Macias
4815 S Lockwood
Chicago, IL 60638


Ana Medina
3748 W 77th Place
Chicago, IL 60652


Ana Munoz
4753 S Tripp
Chicago, IL 60632


Ana Villalva
2728 S Pulaski Unit 1
Chicago, IL 60623


Anelia Velasquez
4235 S Mozart Apt 1
Chicago, IL 60632


Angelica Estrada
7616 W 62nd St Apt 2F
Summit Argo, IL 60501


Angelica Roman
2227 S Spaulding
Chicago, IL 60623


Angelica Torres
3439 W 53rd St
Chicago, IL 60632

Anita Garcia
3039 S Harding 2nd Floor
Chicago, IL 60623


Annie Hopkins
6617 S Ingelside Ave Apt 1N 2nd Flr
Chicago, IL 60637


Antonia Estrada
3301 W 66th Place
Chicago, IL 60629


Antonia Rodriguez
5541 S Homan
Chicago, IL 60629


Antonio Crespo
3823 S Campbell 2nd Floor☐☐
Chicago, IL 60608


Antonio Salgado
2644 S Sacramento
Chicago, IL 60623


Antonio Vasquez
3724 W 70th Place
Chicago, IL 60629


Antonio Zacarias
5029 W 30th Place
Cicero, IL 60804


Armando Garcia
3039 S Harding 2nd Floor
Chicago, IL 60623


Arturo Morena
1400 S 48th Court
Cicero, IL 60804


AT&T
Attn: Bankruptcy Dept.
5407 Andrews Highway
Midland, TX 79706

AUTOMATED PRESORT
1400 CENTRE CIRCLE DRIVE
Downers Grove, IL 60515


Automated Presort USA
1400 CENTRE CIRCLE DRIVE
Downers Grove, IL 60515


Ayde Montesdecoa
4447 S Sawyer
Chicago, IL 60632


Ayfer Yildiz
15715 S Sunset Ridge Unit 1S
Orland Park, IL 60462


Bell & Howell
3791 S. Alston Ave.
Durham, NC 27713


Bell & Howell
7072 Solution Center
Chicago, IL 60677


Berkley Risk Administrators
P.O. BOX 59143
Minneapolis, MN 55459


Betsy Hernandez
4259 S Sacramento
Chicago, IL 60632


Big Joe's Sealcoating
6563 Fernwood Dr.
Lisle, IL 60532


BOWE AND HOWELL LLC
7049 SOLUTION CENTER
Chicago, IL 60677-7000


Brian D. Schulman
R.T. Avis, Atty. & Assoc. LLC
PO Box 31579
Chicago, IL 60631

Brinks
919 S CALIFORNIA AVE
Chicago, IL 60612


Briseira Perez
5835 W 55th St
Chicago, IL 60638


Caludia Ramirez
2521 S Kedzie Bsmt Apt
Chicago, IL 60623


Calumet Lift Truck
35 E 168th Street
South Holland, IL 60473


Carla Perez
4209 S Albany Apt #2
Chicago, IL 60632


Carlisle Enterprises, Inc.
237 Dato Drive
Streamwood, IL 60107


Carlos Saenz
7723 S Knox
Chicago, IL 60652


Cecilia Martinez
3538 W 60th PL 1st Floor☐☐
Chicago, IL 60629


Central Scale Supply Co., Inc.
13701 S. Kenton Avenue
Midlothian, IL 60445


CHICAGO MESSENGER SERVICE
1600 S. Ashland Avenue
Chicago, IL 60608-2013


Chicago Office Products
9710 Industrial Drive
Bridgeview, IL 60455

Chicago Postal Customer Council
PO BOX 7737
Chicago, IL 60680-7737


CHICAGO TIRE
16001 Van Drunen Rd
South Holland, IL 60473


CHICAGO TRUCK SALES & SERVICE
5300 W. PLATTNER DRIVE
Alsip, IL 60803


CHRIST MEDICAL CENTER
P.O. BOX 70508
Chicago, IL 60673-0508


Christopher J. Williams
Workers' Law Office PC
401 S. LaSalle St., Ste. 1400
Chicago, IL 60604


Claudia Martinez
2934 W 36th Place
Chicago, IL 60632


Claudia Ramirez
2521 S Kedzie Bsmt Apt
Chicago, IL 60623


Clemencio Perez
1393 Pebblebeach Dr
Hanover Park, IL 60133


COGENT COMMUNICATIONS, INC
1015 31ST STREET NW
attn: Robert Barse
Washington, DC 20007


Combined Fluid Products Co.
805 Oakwood Road, STE F
Lake Zurich, IL 60047


Comcast
PO Box 3002
Southeastern, PA 19398-3002

ComEd
Bankruptcy Dept.
P.O. Box 87522
Chicago, IL 60680


CONCENTRA
PO BOX 488
Lombard, IL 60148-0488


CONTINENTAL ENVELOPE
C/O TELLER,LEVIT & SILVERTRUST PC
11 EAST ADAMS SUITE 800
Chicago, IL 60603


Cook County Dept. of Envir. Contr.
PO BOX 641547
Chicago, IL 60664-1547


Crown Credit Lease
PO Box 641173
Cincinnati, OH 45264-1173


CROWN SERVICES INC
5417 79TH ST
Burbank, IL 60459


D&D ENTERPRISES
PO BOX 1176
Frankfort, IL 60423


DANIEL BURKE
KENNETH DONKEL TRUST ACCOUNT
7220 W. 194TH STREET
Tinley Park, IL 60487


Daniel Grube
6213 W 86th Place
Burbank, IL 60459


Darrel Carter
1300 W 81st St 1st Floor
Chicago, IL 60620

Darren Wisinski
12325 Maple
Blue Island, IL 60406


DATACARD
1187 Park Place
Shakopee, MN 55379


Dawn Frederick
29911 Trim Tree Lane
Beecher, IL 60401


DELUXE CHECKS
PO BOX 742572
Cincinnati, OH 45274-2572


Denise Gomez
3723 S Wood
Chicago, IL 60609


Deysi Chavez
3813 W 60th Place
Chicago, IL 60629


Dominga Flores
3501 W 72nd St☐☐
Chicago, IL 60629


Donnell Thomas
14119 S Dearborn St
Riverdale, IL 60827


Doornbos Heating
11310 Cicero Avenue
Alsip, IL 60803


Dresiliker Electric Motors
36249 Treasury Center
Chicago, IL 60694-6200


Edgar Gonzalez
3651 S Winchester Ave☐☐
Chicago, IL 60609

Edith Salazar
4758 S Damen
Chicago, IL 60609


Eduardo Mata
3611 W 82nd St
Chicago, IL 60652


Eladio Perez
3235 W 61st Place
Chicago, IL 60629


Eliceldo Madera
7237 S Christiana
Chicago, IL 60629


Elizabeth Mendez
2612 S Ridgeway
Chicago, IL 60623


Elizabeth Sanchez
2240 S Drake
Chicago, IL 60623


Elsa Mejia
6106 S Sacramento
Chicago, IL 60629


Emma Castillo
2104 S 50th Ave
Cicero, IL 60804


Enedina Bailon
4436 S Rockwell
Chicago, IL 60632


Engracia Dominguez
5220 S California
Chicago, IL 60632


EQMD INC
PO BOX 337
McHenry, IL 60051

Erendira Contreras
6096 W 75th Ave
Summit Argo, IL 60501


Erika Deluna
8800 S Harlem Ave #1015
Bridgeview, IL 60455


Erika Dominguez
6054 S 75th Ave
Summit Argo, IL 60501


Esteban Ramirez
2443 N Lowell
Chicago, IL 60639


ETEMCO
1370 ARCADIA ROAD
Lancaster, PA 17601


EXCEL OCCUPATIONAL HEALTH CLINIC
5015 W. 65TH STREET
Chicago, IL 60638


FAST MANUFACTURING
3956 East 800 North
Rolling Prairie, IN 46371


Faustino Ayala
2509 S Lombard
Cicero, IL 60804


FedEx
3965 Airways Module G, 4th Floor
Memphis, TN 38116


FEDEX FREIGHT EAST
4836 BRECKSVILLE RD
Richfield, OH 44286


FLOOD BROTHERS
17 W. 697 BUTTERFIELD RD
Villa Park, IL 60181

Foresite Realty Mgmt. LLC
9525 W. Bryn Mawr Ave., Ste. 925
Des Plaines, IL 60018


Foster & Son Fire Extinguishers Inc
7309 West 90th Street
Bridgeview, IL 60455


Four Seasons Heating
5701 W. 73rd Street
Chicago, IL 60638


Francisca Guiterrez
5325 S Hunt Ave
Summit Argo, IL 60501


Francisco Lopez
10006 S Avenue M
Chicago, IL 60617


Francisco Valdez
2255 N Parkside Ave
Chicago, IL 60639


FRANK L. SASSETTI & CO.
6611 WEST NORTH AVENUE
Oak Park, IL 60302


Fred Phillips
7830 W 79th Place
Bridgeview, IL 60455


FREIGHT QUOTE
901 West Carondelet Drive
Kansas City, MO 64114


Garda Cash Logistics
2500 South 25th Ave
Broadview, IL 60155


GARDA CL GREAT LAKES INC
3209 MOMENTUM PLACE
Chicago, IL 60689-5332

Gary V Rubin MD
7001 W Archer Ave
Chicago, IL 60638


Gerardo Guillen
3840 W 69th Place
Chicago, IL 60629


Gilda Aldaba
4657 W 83rd St.
Chicago, IL 60652


Gloria Canongo
4639 S Albany
Chicago, IL 60632


Gloria Guzman
7701 S Narragansett
Burbank, IL 60459


Graciela Sanchez
5032 S Maplewood
Chicago, IL 60632


Great Lakes Recycling Services
PO Box 70
Worth, IL 60482


Guillermo Lopez
4758 S Damen
Chicago, IL 60609


GULF GREAT LAKES PACKAGING
1040 MARYLAND AVE.
Dolton, IL 60419-2232


Hector Montemayor
3611 W 82nd Place
Chicago, IL 60652


Hector Rodriguez
9025 S Harlem
Bridgeview, IL 60455

Heidelberg Finishing
4900 Webster St.
Dayton, OH 45414


Heriberto Zepeda
6827 S Laflin
Chicago, IL 60636


IL ENVIRONMENTAL PROTECT AGCY
100 WEST RANDOLPH STE 11-300
Chicago, IL 60601


Ill. Dept. of Employment Security
Collections Section
33 S State St 10th Flr
Chicago, IL 60603


Illinois Department of Revenue
Bankruptcy Section Level 7-425
100 W. Randolph
Chicago, IL 60601


Illinois Workers Comp. Commission
100 W Randolph, Ste. 8-200
Chicago, IL 60601


Imelda Saldivar
3113 39th Place
Chicago, IL 60632


INSTANT CARE, LLC☐☐
815 HOWARD STREET
Evanston, IL 60202


Internal Revenue Service
District Director
230 S. Dearborn Street
Chicago, IL 60651


Internal Revenue Service
District Counsel
200 W Adams St., Suite 2300
Chicago, IL 60606

International Delivery Solutions
PO BOX 420
Oak Creek, WI 53154


Interstate Gas Supply Inc.
PO Box 190
Aurora, IL 60507


Isela Perez
4850 S Tripp Ave
Chicago, IL 60632


Isela Sarmiento
5822 S Sawyer 2nd Floor
Chicago, IL 60629


Isidro Ayala
7528 W 61st St
Summit Argo, IL 60501


Jason Robert Scalf
13215 Maverick Trail
Homer Glen, IL 60491


Jazmin Brito
1342 S Central Ave
Cicero, IL 60804


Jesus Alfaro
9140 S 51st Ave
Oak Lawn, IL 60453


Jesus Chavez
3828 W 69th St
Chicago, IL 60629


Jesus Pinedo
3301 W 66th Place
Chicago, IL 60629


Jesus Rodriguez
3708 Clarence Ave
Berwyn, IL 60402

Jesus Zavaleta
7722 S Knox
Chicago, IL 60652

Joel Murillo
3724 W 70th Place
Chicago, IL 60629

Jonathan Flores
5506 W 25th Place
Cicero, IL 60804

Jose Carrasco
5623 S Kostner Ave
Chicago, IL 60629

Jose Escobar
5532 S Talman
Chicago, IL 60629

Jose Gatica
3518 S 53rd Court
Cicero, IL 60804

Jose Gonzalez
6349 S Keating
Chicago, IL 60638

Jose Luis Carrillo
7846 S Melvina Ave
Burbank, IL 60459

Jose Luis Gorostieta
2734 S Karlov
Chicago, IL 60623

Jose Ortiz
5705 S Spaulding
Chicago, IL 60629

Josefina Coronel
2538 W 45th St
Chicago, IL 60632

Joseph Luczynski
8556 W 102nd
Palos Hills, IL 60465

Jovita Fuentes
4117 W 31st St
Chicago, IL 60623

Juan Ayala
4801 S Kolin
Chicago, IL 60632

Juan Chavira
2830 W Minnesota St
Blue Island, IL 60406

Juan Sanchez
5058 W 29th St
Cicero, IL 60804

Juana Brito
8516 W 47th St
Lyons, IL 60534

Juana Escot
5948 S Mozart
Chicago, IL 60629

Juana Garcia
9147 S Harlem Apt 203
Bridgeview, IL 60455

Juana Zambrano
6115 S Kilpatrick
Chicago, IL 60629

Juanita Ramos
2627 S Tripp 2nd Floor
Chicago, IL 60623

Julio Alvarez
1638 S 50th Ave
Cicero, IL 60804

Karla Diaz
6029 S Mozart
Chicago, IL 60629


Katherine Boyd
2229 W Marquette Rd 2nd Fl
Chicago, IL 60632


Keck & Assoc. P.C.
333 N. Michigan Ave.
Chicago, IL 60601


KMH SYSTEMS
1250 Davis Road
Elgin, IL 60123


Labor Solutions, LLC
729 Pinecrest Dr
Prospect Heights, IL 60070


Lanard Alexander
1009 S Bellwood Ave Apt 1S□□
Bellwood, IL 60104


Larsen Packaging Prducts, Inc.
419 Village Drive
Carol Stream, IL 60188


Laura Rodriguez
7733 W 65th St
Summit Argo, IL 60501


Leonires Sanches
4327 S Talman Ave
Chicago, IL 60632


Leticia Hernandez
3543 W 77th St
Chicago, IL 60652


Leticia Rodriguez
5233 S Albany
Chicago, IL 60632

LEWIS PAPER PLACE□□
18608 SOUTH 81ST AVENUE□□
Tinley Park, IL 60487


Liberty Propane
15680 Canal Bank Road
PO Box 458
Lemont, IL 60439-0458


Lorena Cruz
2206 S 50th Ave
Cicero, IL 60804


Louis Harrison
8800 S Harlem Ave Lot #1746
Bridgeview, IL 60455


Lourdes Ballesteros
6833 Roberts Rd
Bridgeview, IL 60455


Lucia Vilchis
5036 W 31st Place
Cicero, IL 60804


Luis Diaz
2232 W 19th St
Chicago, IL 60608


Luisa Fuentes
4117 W 31st St
Chicago, IL 60623


Luz Juarez
7220 W 62nd Place□□
Summit Argo, IL 60501


Luz Osorio
5959 S Karlov
Chicago, IL 60629


Lynn Brady
8921 W 169th St.
Downers Grove, IL 60516

M R  INDUSTRIES□□
7915 S. NARRAGANSETT□□
Burbank, IL 60459


MaDeLourdes Encarnacion
7224 S Beloit
Bridgeview, IL 60455


Maeugenia Villanueva
4325 S Whipple
Chicago, IL 60632


Magdalena Vergara
2407 S Avers
Chicago, IL 60623


Manuel Ruiz
2813 S Central Park
Chicago, IL 60623


Manuela Torres
5607 S Mozart
Chicago, IL 60629


Margarita Venegas
2629 S Sawyer Apt 1-R
Chicago, IL 60623


Maria Arteaga
3316 W 61st Place
Chicago, IL 60629


Maria Ayala
3513 W 63rd Place
Chicago, IL 60629


Maria Calderon
4422 S Richmond
Chicago, IL 60632


Maria Castelan
3443 W 64th Place
Chicago, IL 60629

Maria Cordova
2835 W 22nd St 1st Floor
Chicago, IL 60623

Maria E. Martinez
6029 S Mozart
Chicago, IL 60629

Maria Garcia
3039 S Harding
Chicago, IL 60623

Maria Gonzalez
3038 S Hamlin Apt 1
Chicago, IL 60623

Maria Hernandez
1429 S 48th Court
Cicero, IL 60804

Maria Lugo
2856 S Christiana
Chicago, IL 60623

Maria Lule
4017 W 58th St
Chicago, IL 60629

Maria Martinez
3810 S 56th Court
Cicero, IL 60804

Maria Morales
3221 S Keeler Ave
Chicago, IL 60623

Maria Murillo
3724 W 70th Place
Chicago, IL 60629

Maria Polanco
3400 W 61st St Apt 1
Chicago, IL 60629

Maria R. Garcia
3039 S Harding
Chicago, IL 60623

Maria Reyes
4246 W 81st St
Chicago, IL 60652

Maria Rodriguez
5705 S Spaulding Ave
Chicago, IL 60629

Maria Sosa
7603 W 60th Place 2 RS
Summit Argo, IL 60501

Maria Vergara
5157 S Mozart
Chicago, IL 60632

Mariana Hernandez
5524 S Spaulding
Chicago, IL 60629

Mariela Hernandez
4750 S Leamington
Chicago, IL 60638

Mario Corona
1904 W 47th St
Chicago, IL 60609

Marisela Salazar
1904 W 47th St
Chicago, IL 60609

Marisol Guitierrez
7143 S Hamlin
Chicago, IL 60629

Marisol Solis
3404 W Pershing Rd
Chicago, IL 60632

Mark Kummer
3343 W 95th St
Evergreen Park, IL 60805


MARKET MAILERS INC
200 W 6TH STREET
Lockport, IL 60441


Marketing Card Technology
8245 S. Lemont Rd.
Darien, IL 60561


Marketing Card Technology LLC
c/o Tristan & Cervantes
30 W Monroe St., Ste. 630
Chicago, IL 60603


MARKWITH TOOL CO. INC
5261 STATE ROUTE 49 S
Greenville, OH 45331


Martha Ochoa
5951 S Sawyer
Chicago, IL 60629


Martinello, Boveri, Martinello LLC
c/o Rudy Martinello
7711 W. North Ave., Suite 6
River Forest, IL 60305


Mayra Verdin
5534 S Massasoit Ave
Chicago, IL 60638


Metrolift Propane
500 Meijer Drive Suite 200
Florence, KY 41042


MIDWEST DOOR & DOCK SOLUTIONS
1249 Burville Road Unit 8
Crete, IL 60417


Miguel Samudio
3543 W 77th St
Chicago, IL 60652

Minerva Bolanos
5058 W 29th St
Cicero, IL 60804

Mireya Solano
4342 S Wood Apt 2
Chicago, IL 60629

Miriam Alvarez
6235 S Karlov
Chicago, IL 60629

MPR MANAGEMENT
9450 W. Bryn Mawr Suite 750
Rosemont, IL 60018

MSC INDUSTRIAL SUPPLY CO.
1020 WOOD DALE RD
Wood Dale, IL 60191

Nancy Martinez
3108 W 58th St
Chicago, IL 60629

Nataly Estrada
5226 W 23rd St
Cicero, IL 60804

National Mobile Health Programs
415 Financial Court
Rockford, IL 61107

Neftali Nava
5444 S California
Chicago, IL 60632

Nelida Perez
1822 S Laflin
Chicago, IL 60608

New York State Insurance Fund
8 Corporate Center, 2nd Floor
Melville, NY 11747-3166

Nicor
90 Finley Rd.
Glen Ellyn, IL 60137


Noberto Martinez
5230 S Homan
Chicago, IL 60632


NOBLE AMERICAS ENERGY SOLUTION
14800 FRYE ROAD 2ND FLOOR
Fort Worth, TX 76155


Noe Becerra
5915 S Whipple
Chicago, IL 60629


Octavio Toledo
3723 S Wood
Chicago, IL 60609


Old National Bank
21 SE 3rd St.
Evansville, IN 47708


Palos Anesthesia Assoc
12251 South 80th Ave
Palos Heights, IL 60463


Patricia Sandoval
3517 W 71st Place
Chicago, IL 60629


Peak Business Equipment Inc
12882 Pennridge Drive
Bridgeton, MO 63044


Pedro Jaimes
3127 W 40th St
Chicago, IL 60632


PERSONNEL PLANNERS
913 W VAN BUREN N-3A
Chicago, IL 60607

Petra Lira
4601 S Mozart
Chicago, IL 60632


Pitney Bowes
PO Box 371896
Pittsburgh, PA 15250-7896


Pitney Bowes
4901 Belfort Road, Suite #120
Jacksonville, FL 32256


POLYWERKS
ESPOSITO & STAUBUS
7055 VETERANS BLVD UNIT B
BURR RIDGE, IL 60527


PRECISE TOOL SHARPENING
8519 THOMAS AVENUE
Bridgeview, IL 60455


PrintSoft
2030 Pie-IX Suite 500
Montreal, Quebec H1V 2C8


PRO SHRED Security
14029 S. Cicero Avenue
Crestwood, IL 60445


Prometheum Technologies Inc
1432 Dempster Street
Evanston, IL 60202


PRUDENTIAL INSURANCE
P.O. BOX 856138
Louisville, KY 40285


QUATTRO DIRECT
1175 LANCASTER AVENUE
Berwyn, PA 19312


Radadvantage APC
PO BOX 4542
Carol Stream, IL 60197-4542

Rafael Lazaro
2650 W 43rd St
Chicago, IL 60632

Reliable Fire Equipment Company
12845 South Cicero Ave.
Alsip, IL 60803-3083

Ricardo Briones
3214 W 65th Place
Chicago, IL 60629

Ricardo Venegas
3208 S 54th Court
Cicero, IL 60804

Richard M. Carosella
747 E. Boughton Road, Suite 319
Bolingbrook, IL 60440

Richard Witvoet
8536 W 95th St Apt# 6
Hickory Hills, IL 60457

Robert Banks
1123 W 111th Place
Chicago, IL 60643

Robert Donegan
9940 S Nottingham Apt 108
Chicago Ridge, IL 60415

Roberto Ramirez
3550 W 65th Place
Chicago, IL 60629

Rodolfo Mendez
2644 S Kedzie
Chicago, IL 60623

Rodrigo Reyes
6640 S Francisco 2R
Chicago, IL 60629

Rogelio Navarro
3033 W 62nd St
Chicago, IL 60629

Rosa Camarena
4115 S Sacramento
Chicago, IL 60632

Rosa Octavo
6000 S Sacramento
Chicago, IL 60629

Rosa Sinencio
2112 S Fairfield
Chicago, IL 60608

Rosalia Cortez
5820 W 16th St
Cicero, IL 60804

Rosella Chagolla
7740 S Keeler
Chicago, IL 60652

RPZ Testing Company
PO Box 1553
Bridgeview, IL 60455

Rufina Morales
3355 W. 65th St., Bsmt.
Chicago, IL 60629

Sam Teresi
6650 W 91st Place
Oak Lawn, IL 60453

San Juana Mascote
8649 Newland
Burbank, IL 60459

Sandra Garcia
2700 S Keeler
Chicago, IL 60623

Sandra Hernandez
5601 S Francisco
Chicago, IL 60632

Sara Escot
3940 W 64th St
Chicago, IL 60629

SECRETARY OF STATE
213 State Capitol
Springfield, IL 62756

Sergio Perez
4839 S Damen Ave
Chicago, IL 60609

Shawn Lucas
7417 Southwest Hwy Apt 7□□
Worth, IL 60482

Sheri Woodward
5619 Springside Ave.
Downers Grove, IL 60516

Shirlene Herbert
6637 S Damen
Chicago, IL 60636

Sidronio Flores
5506 W 25th Place□□
Cicero, IL 60804

Silvia Cano
3110 W 55th St□□
Chicago, IL 60632

Sonia Pereda
5805 S Talman
Chicago, IL 60629

Southeast Personnel Leasing, Inc.
2739 US-19
Holiday, FL 34691

STAFFMARK□□
PO BOX 952386□□
Saint Louis, MO 63195


STAMAR PACKAGING INC.
10 NORTH MITCHELL COURT
Addison, IL 60101


Suburban Plastic Surgery
5346 W 95th Street
Oak Lawn, IL 60453


Suburban Propane
4010 US Highway 14
Crystal Lake, IL 60014-8299


Tania Valle
7035 S Fairfield
Chicago, IL 60629


TECHNICAL PRINTING
2150 Western Court Suite 400
Lisle, IL 60532


Terry Foster
8656 S 86th Ave Apt 312
Justice, IL 60458


The State Insurance Fund
PO Box 5239
New York, NY 10008-5239


Thomas Duffin
13546 Savanna Dr
Plainfield, IL 60544


Timothy Radtke
8100 W Marion Dr 1W
Justice, IL 60458


Top23 - Illinois SS Industrial LLC
c/o Ginsberg Jacobs LLC
300 S Wacker Dr., Ste. 2750
Chicago, IL 60606

Tower Imaging
14512 Friar Street
Van Nuys, CA 91411


TPS GROUP
c/o GEORGE PIETRZYK ESQ
422 NORTH NORTHWEST HWY
Park Ridge, IL 60068


Travelers Insurance
Remittance Center
PO BOX 660317
Dallas, TX 75266-0317


UniStaff Inc.
301 East North Avenue
Northlake, IL 60161


UNITED PROPANE AND ENERGY CO.
3805 CLEARVIEW COURT
Gurnee, IL 60031


UPS FREIGHT
28013 NETWORK PLACE
IL 60673-1280


Valid USA Inc.
c/o Golan & Christie LLP (B. Yong)
70 W. Madison, Ste. 1500
Chicago, IL 60602


Vanessa Hernandez
5601 S Francisco
Chicago, IL 60632


Vengroff Williams
PO Box 4155
Sarasota, FL 34230


Veronica Rodriguez
1736 W 18th Place
Chicago, IL 60608

Veronica Rojas
7243 S California
Chicago, IL 60629


Victor Sanchez
5546 S Troy
Chicago, IL 60629


Village of Bridgeview
7500 S OKETO AVENUE
Bridgeview, IL 60455-1296


Virgilio Lopez
7536 W 62nd St
Summit Argo, IL 60501


Wayne Perkins
1670 NW 2nd Ave
Pompano Beach, FL 33060


Whittier Mailing
13019 Park Street
Santa Fe Springs, CA 90670-4005


WILLIS OF ILLINOIS INC□□
233 SOUTH WACKER DRIVE□□
Chicago, IL 60606


Wisconsin Lift Truck Co.
2588 Solutions Center
Chicago, IL 60677-2005


WOLF & COMPANY LLP
2100 CLEARWATER DRIV E
Oak Brook, IL 60523-1927


XTRA Lease LLC
c/o Robert Hunger
303 W. Madison St., Ste. 1400
Chicago, IL 60606


ZENITH INSURANCE COMPANY□□
4415 Collections Center Drive□□
Chicago, IL 60693

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Midwest Direct Mailers, L.L.C.**

Debtor(s)

Case No.

Chapter  **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Midwest Direct Mailers, L.L.C.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**May  8, 2015**

Date

**/s/ Richard N. Golding**
**Richard N. Golding 0992100**
Signature of Attorney or Litigant
Counsel for   **Midwest Direct Mailers, L.L.C.**
**The Golding Law Offices, P.C.**
**500 North Dearborn Street**
**Second Floor**
**Chicago, IL 60610-4900**
**(312) 832-7885 Fax:(312) 755-5720**
**RGOLDING@GOLDINGLAW.NET**